UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN MARTÍNEK,

     Plaintiff,

v.

AMTRUST FINANCIAL SERVICES, INC.,
BARRY D. ZYSKIND, GEORGE KARFUNKEL,
and LEAH KARFUNKEL,

     Defendants.

No. 19-cv-8030
(Failla, J.)

**DECLARATION OF KEVIN S. REED**

I, KEVIN S. REED, state as follows:

1.  I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants AmTrust Financial Services, Inc. ("AmTrust"), Barry D. Zyskind, George Karfunkel, and Leah Karfunkel (collectively, "Defendants") in this action.  I am admitted to practice in the United States District Court for the Southern District of New York, and am not a party to this action.

2.  I submit this Declaration in support of Defendants' Motion to Dismiss Plaintiff's Complaint.

3.  Attached hereto as **Exhibit 1** is a true and correct copy of the Prospectus Supplement (to Prospectus dated October 13, 2010) of AmTrust Financial Services, Inc. 6.75% Non-Cumulative Preferred Stock, Series A, which was publicly filed with the Securities and Exchange Commission ("SEC") by AmTrust on or about June 3, 2013.

4.  Attached hereto as **Exhibit 2** is a true and correct copy of the Prospectus Supplement (to Prospectus dated November 5, 2013) of AmTrust Financial Services, Inc.

Depository Shares, Each Representing 1/40th of a Share of 7.25% Non-Cumulative Preferred Stock, Series B, which was publicly filed with the SEC by AmTrust on or about June 25, 2014.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Prospectus Supplement (to Prospectus dated November 5, 2013) of AmTrust Financial Services, Inc. Depository Shares, Each Representing 1/40th of a Share of 7.625% Non-Cumulative Preferred Stock, Series C, which was publicly filed with the SEC by AmTrust on or about September 9, 2014.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the Prospectus Supplement (to Prospectus dated November 5, 2013) of AmTrust Financial Services, Inc. Depository Shares, Each Representing 1/40th of a Share of 7.50% Non-Cumulative Preferred Stock, Series D, which was publicly filed with the SEC by AmTrust on or about March 12, 2015.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the Prospectus Supplement (to Prospectus dated June 11, 2015) of AmTrust Financial Services, Inc. Depository Shares, Each Representing 1/40th of a Share of 7.75% Non-Cumulative Preferred Stock, Series E, which was publicly filed with the SEC by AmTrust on or about March 8, 2016.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the Prospectus Supplement (to Prospectus dated June 11, 2015) of AmTrust Financial Services, Inc. Depository Shares, Each Representing 1/40th of a Share of 6.95% Non-Cumulative Preferred Stock, Series F, which was publicly filed with the SEC by AmTrust on or about September 20, 2016.

9. Attached hereto as **Exhibit 7** is a true and correct copy of Exhibit 99.1 to a Form 8-K, filed pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, containing a press release announcing AmTrust's agreement with Evergreen Parent L.P.to acquire outstanding

common shares of AmTrust, which was publicly filed with the SEC by AmTrust on or about March 1, 2018.

10.     Attached hereto as **Exhibit 8** is a true and correct copy of a Form 10-K for the fiscal year ended December 31, 2017, filed pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934, which was publicly filed with the SEC by AmTrust on or about March 16, 2018.

11.     Attached hereto as **Exhibit 9** is a true and correct copy of Schedule 14A preliminary proxy statement, filed pursuant to Section 14(a) of the Securities Exchange Act of 1934, which was publicly filed with the SEC by AmTrust on or about April 9, 2018.

12.     Attached hereto as **Exhibit 10** is a true and correct copy of a Schedule 13E-3 transaction statement, filed pursuant to Section 13(e) of the Securities Exchange Act of 1934, which was publicly filed with the SEC by AmTrust on or about April 9, 2018.

13.     Attached hereto as **Exhibit 11** is a true and correct copy of Exhibit 99.(c)(3) to the Schedule 13E-3 transaction statement filed on or about April 9, 2018, which was also publicly filed with the SEC by AmTrust on or about April 9, 2018.

14.     Attached hereto as **Exhibit 12** is a true and correct copy of a Schedule 14A proxy statement, filed pursuant to Section 14(a) of the Securities Exchange Act of 1934, which was publicly filed with the SEC by AmTrust on or about May 4, 2018.

15.     Attached hereto as **Exhibit 13** is a true and correct copy of a Schedule 13E-3 transaction statement, filed pursuant to Section 13(e) of the Securities Exchange Act of 1934, which was publicly filed with the SEC by AmTrust on or about May 4, 2018.

16.     Attached hereto as **Exhibit 14** is a true and correct copy of a Form 10-K for the fiscal year ended December 31, 2017, attached as Exhibit (A)(6) to the Schedule 13E-3 transaction statement that AmTrust publicly filed with the SEC on or about May 4, 2018.

17.     Attached hereto as **Exhibit 15** is a true and correct copy of Exhibit (C)(3) to the Schedule 13E-3 transaction statement filed on or about May 4, 2018, which was also publicly filed with the SEC by AmTrust on or about May 4, 2018.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 31, 2020, in New York, New York.

_____

Kevin S. Reed

4