UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| JAN MARTÍNEK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-08030-KPF |
| | ) | |
| v. | ) | |
| AMTRUST FINANCIAL SERVICES, INC., | ) | |
| BARRY D. ZYSKIND, GEORGE | ) | |
| KARFUNKEL, AND LEAH KARFUNKEL, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION OF LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Jan Martínek ("Plaintiff") will move this

Court pursuant to Rule 23 of the Federal Rules of Civil Procedure, for an Order:

(i) certifying the following Class:

All persons who purchased Series A preferred stock of AmTrust Financial Services, Inc. ("AmTrust"), or AmTrust's Depositary Shares representing 1/40th of a share of either AmTrust's Series B, C, D, E or F preferred stock (hereinafter, the "Preferred Stock") on the open market on a U.S. stock exchange from January 22, 2018, to January 18, 2019, inclusive (the "Class Period"), excluding present and former executive officers of AmTrust and any parent, subsidiary, or affiliate of AmTrust, Barry D. Zyskind, George Karfunkel, and Leah Karfunkel and their immediate family members (collectively, the "Excluded Persons"), and the legal representatives, heirs, successors, or assigns of any such Excluded Person.

(ii) appointing Plaintiff as Class Representative for the Class;

(iii) appointing Wolf Popper LLP as Class Counsel for the Class; and

(iv) granting such other and further relief as the Court may deem just and proper (the "Motion").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Civil Case Management Plan

and Scheduling Order (Dkt. #37), Defendants' opposition to the Motion (if any) is due to be served

no later than April 29, 2021 and Plaintiff's reply in support of the Motion (if any) is due to be served by May 31, 2021.  The Motion does not require a pre-motion submission.

In support of the Motion, Plaintiff submits the accompanying Memorandum of Law, Declaration of Carl L. Stine, and Report on Market Efficiency from Professor Steven P. Feinstein, Ph.D., CFA (and accompanying exhibits).

A [Proposed] Order is attached hereto.

DATED: March 15, 2021                                    Respectfully submitted,

                                                         **WOLF POPPER LLP**


                                         By: _____
                                             Carl L. Stine
                                             Patricia I. Avery
                                             Adam J. Blander
                                             845 Third Avenue, 12th Floor
                                             New York, New York 10022
                                             (212) 759-4600

                                             *Counsel for Lead Plaintiff*
                                             *And the Putative Class*

2