UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAN MARTÍNEK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-08030-KPF |
| | ) | |
| v. | ) | |
| AMTRUST FINANCIAL SERVICES, INC., | ) | |
| BARRY D. ZYSKIND, GEORGE | ) | |
| KARFUNKEL, AND LEAH KARFUNKEL, | ) | |
| | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION**

Upon consideration of the motion by Lead Plaintiff Jan Martínek ("Plaintiff") for class

certification (the "Motion") and the papers submitted in connection with the Motion, and having

determined that the requirements of Federal Rules of Civil Procedure 23(a), 23(b)(3), and 23(g)

have been met,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.      The Motion is **GRANTED.**

2.      This action is certified as a class action pursuant to Federal Rules of Civil Procedure

23(a) and 23(b)(3) on behalf of the following Class:

All persons who purchased Series A preferred stock of AmTrust Financial Services, Inc. ("AmTrust"), or AmTrust's Depositary Shares representing 1/40th of a share of either AmTrust's Series B, C, D, E or F preferred stock (hereinafter, the "Preferred Stock") on the open market on a U.S. stock exchange from January 22, 2018, to January 18, 2019, inclusive (the "Class Period"), excluding present and former executive officers of AmTrust and any parent, subsidiary, or affiliate of AmTrust, Barry D. Zyskind, George Karfunkel, and Leah Karfunkel and their immediate family members (collectively, the "Excluded Persons"), and the legal representatives, heirs, successors, or assigns of any such Excluded Person.

3.      Plaintiff is appointed as Class Representative for the Class.

4.      Wolf Popper LLP is appointed as Class Counsel for the Class.

2

**IT IS SO ORDERED.**

Dated: _____, 2021
       New York, New York

_____
HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2