UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAN MARTÍNEK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-08030-KPF |
| | ) | |
| v. | ) | |
| AMTRUST FINANCIAL SERVICES, INC., | ) | |
| BARRY D. ZYSKIND, GEORGE | ) | |
| KARFUNKEL, AND LEAH KARFUNKEL, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF CARL L. STINE IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Carl L. Stine, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a partner with the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for lead plaintiff, Jan Martínek ("Mr. Martínek" or "Plaintiff"), and Lead Counsel for the putative class in the above-captioned action.  I make this declaration in support of Mr. Martínek's Motion for Class Certification (the "Motion").

2.      The Motion requests, under Rule 23 of the Federal Rules of Civil Procedure, that this Court (i) certify a class, as defined in the footnote below, of purchasers of preferred stock in AmTrust Financial Services, Inc. ("AmTrust") (the "Class"),[1] (ii) appoint Plaintiff as Class Representative for the Class, and (iii) appoint Wolf Popper as Class Counsel for the Class.

---

[1] The Class is:

> All persons who purchased Series A preferred stock of AmTrust, or AmTrust's Depositary Shares representing 1/40th of a share of either AmTrust's Series B, C, D, E or F preferred stock (hereinafter, the "Preferred Stock") on the open market on a U.S. stock exchange from January 22, 2018, to January 18, 2019, inclusive (the "Class Period"), excluding present and former executive officers of AmTrust and any parent, subsidiary, or affiliate of AmTrust, Barry D. Zyskind, George Karfunkel, and Leah Karfunkel and their immediate family members (collectively, the "Excluded Persons"), and the legal representatives, heirs, successors, or assigns of any such Excluded Person.

3.      I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

4.      I respectfully submit that Lead Counsel have, at all times in this litigation, aggressively prosecuted this action on behalf of Plaintiff and the putative Class.  This has included, among other things: (i) investigating potential claims against Defendants, an investigation culminating in the filing of a comprehensive Class Action Complaint; (ii) opposing and ultimately prevailing against Defendants' motion to dismiss; (iii) engaging in discovery with Defendants, including serving document requests and requests for admission, and repeatedly meeting and conferring with Defendants on the scope of production; (iv) drafting and serving subpoenas on various third-parties; (v) retaining an expert to opine on market efficiency issues; and (vi) filing the instant Motion.

5.      I also respectfully submit that Plaintiff, Mr. Martínek, a former investment banker with extensive experience in financial and investment matters, and who now runs a small family business, has, at all times, zealously prosecuted this litigation on behalf of the putative Class, including, among other things: (i) reviewing important case filings and giving feedback to Lead Counsel, as well as offering insight into AmTrust and the Preferred Stock; (ii) reviewing Defendants' requests for the production of documents and interrogatories directed to Plaintiff, discussing same with Lead Counsel, reviewing the responses to the discovery requests, and verifying his interrogatory responses; (iii) reviewing and collecting responsive discovery documents and sending them to Lead Counsel; and (iv) making himself available for calls and email correspondence in order to discuss important case developments, strategy, and other litigation matters.

6. Attached as Exhibit A is a true and correct copy of the Report on Market Efficiency from Professor Steven P. Feinstein, Ph.D., CFA (and accompanying exhibits).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of March, 2021, in New York, New York.

_____
Carl L. Stine