UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN MARTÍNEK,

               Plaintiff,

v.

AMTRUST FINANCIAL SERVICES, INC.,
BARRY D. ZYSKIND, GEORGE KARFUNKEL,
and LEAH KARFUNKEL,

               Defendants.

No. 19-cv-8030
(Failla, J.)

## DECLARATION OF KEVIN S. REED

I, KEVIN S. REED, state as follows:

1. I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants AmTrust Financial Services, Inc. ("AmTrust"), Barry D. Zyskind, George Karfunkel, and Leah Karfunkel (collectively, "Defendants") in this action. I am admitted to practice in the United States District Court for the Southern District of New York, and am not a party to this action.

2. I submit this Declaration in support of Defendants' Opposition to Lead Plaintiff's Motion for Class Certification.

3. Attached as **Exhibit 1** are true and correct excerpts from the April 15, 2021 deposition of plaintiff Jan Martinek.

4. Attached as **Exhibit 2** is a true and correct copy of the Corrected Report on Market Efficiency of Professor Steven P. Feinstein, Ph.D., CFA dated October 23, 2015, which I obtained from the public docket of *In re Petrobras Securities Litigation*, Case No. 14-cv-9662 (JSR) (S.D.N.Y.), ECF No. 264-1.

5.      Attached as **Exhibit 3** is a true and correct, translated copy of the January 15, 2019 email from plaintiff Jan Martinek to Tadeas Trojan that plaintiff produced in this action as MARTINEK000002. This email was produced by plaintiff in Czech and has been translated to English by Jacqueline Yorke of Transperfect. A true and correct copy of Ms. Yorke's certification of the translation is included at the end of Exhibit 3. This document has been redacted to exclude the individual financial information of plaintiff Jan Martinek with the agreement of Plaintiff and pursuant to this Court's Individual Rules of Practice in Civil Cases, Rule 9.A. The redacted information is not relevant to the purpose for which the email is cited— should the Court wish to see an unredacted version, Defendants can submit this under seal at the Court's request.

6.      Attached as **Exhibit 4** is a true and correct copy of the September 2020 publication entitled "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," written by Miguel Villanueva, Ph.D. and Steven Feinstein, Ph.D., which is publicly available at https://ssrn.com/abstract=3309942.

7.      Attached as **Exhibit 5** is a true and correct copy of the Rebuttal Expert Report of Alok Khare, Ph.D., CFA, CAIA (and accompanying exhibits).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 30, 2021, in New York, New York.

Kevin S. Reed

2