# EXHIBIT 3

| | |
|---|---|
| **From:** | Jan Martínek |
| **Sent:** | Tuesday, January 15, 2019 11:58 AM EST |
| **To:** | 'Tadeas Trojan' |
| **Subject:** | greetings |

Tadeas,

Happy new year and may the markets be in our favor. :)

I'm sending two ideas that I like very much and in which I have long positions.

**Maiden Holdings Prefs**– this company is gradually selling off its assets. It sold North America, by the end of January it should end its reinsurance business and then it will sell its European activities. That should leave only the cash. If IR is right and they sell Europe with profits similar to how they sold NA, there will be abundant capital for paying out the prefs in full and there will be some left over for shareholders as well.

**Amtrust Financial Prefs** – this company was taken private. A panic broke out on the market as to how the owners would hands prefs that remained tradable. But if they did anything wild, the capital market would close on them, which is not a good strategy for private insurance…

I like it a lot. It reminds me of the RBC prefs, which were a beautiful trade for the financial crisis. It might be too aggressive for you though…

H



MARTINEK000002



City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**MARTINEK000002_image**" is, to the best of my knowledge and belief, a true and accurate translation from Czech into English.

_Jacqueline Yorke_
Jacqueline Yorke
(Currently situated in the County of New York)

Sworn to before me remotely this
April 26, 2021

_Signature_
Signature, Notary Public
(Currently situated in the County of New York)



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.689.5555  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE