UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN MARTINEK,

                Plaintiff,

-v.-

AMTRUST FINANCIAL SERVICES, INC.,
BARRY D. ZYSKIND, GEORGE
KARFUNKEL, and LEAH KARFUNKEL,

                Defendants.

19 Civ. 8030 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

The deadline for Plaintiff to file a reply in support of the motion for class certification is extended to **June 1, 2021**.

SO ORDERED.

Dated:    May 27, 2021
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge