UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAN MARTÍNEK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-08030-KPF |
| | ) | |
| v. | ) | |
| | ) | |
| AMTRUST FINANCIAL SERVICES, INC., | ) | |
| BARRY D. ZYSKIND, GEORGE | ) | |
| KARFUNKEL, AND LEAH KARFUNKEL, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF CARL L. STINE IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

I, Carl L. Stine, declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a partner with the law firm of Wolf Popper LLP, counsel for lead plaintiff, Jan Martínek, and Lead Counsel for the putative class in the above-captioned action. I make this declaration in support of Mr. Martínek's Motion for Class Certification (the "Motion").

2.      I submit this declaration contemporaneously with Mr. Martínek's Reply Memorandum of Law in Support of the Motion.

3.      Attached as Exhibit A is a true and correct copy of the Rebuttal Report from Professor Steven P. Feinstein, Ph.D., CFA (and accompanying exhibits).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 1st day of June, 2021, in New York, New York.

_____
Carl L. Stine