UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAN MARTÍNEK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-08030-KPF |
| | ) | |
| v. | ) | |
| AMTRUST FINANCIAL SERVICES, INC., | ) | |
| BARRY D. ZYSKIND, GEORGE | ) | |
| KARFUNKEL, AND LEAH KARFUNKEL, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF LEAD PLAINTIFF'S SPOLIATION MOTION**

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lead Plaintiff Jan Martínek ("Plaintiff") will move this Court pursuant to Rule 37 of the Federal Rules of Civil Procedure and the Court's inherent power to manage discovery and its own affairs for an Order:

(1) Finding and Adjudging that Defendant AmTrust Financial Services, Inc. ("AmTrust") spoliated evidence;

(2) Issuing an adverse inference to be utilized at summary judgment and trial reflecting that:

   a. Chaya Cooperberg's hard-copy notebooks, if preserved, would have included evidence adverse to Defendants; and

   b.  The notebooks, if preserved, would have included instructions not to disclose Defendants' plans to delist AmTrust's preferred stock.

(3) Granting such other and further relief as the Court may deem just and proper (the "Motion").

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Order approving the parties' briefing schedule (Dkt. # 71), opposing papers are due on or before February 4, 2022, and reply papers are due on or before February 18, 2022.

In support of the Motion, Plaintiff submits the accompanying Memorandum of Law, and Declaration of Adam J. Blander (and accompanying exhibits).

DATED: January 14, 2022                          Respectfully submitted,

**WOLF POPPER LLP**

By: *Adam J. Blander*
    Carl L. Stine
    Patricia I. Avery
    Adam J. Blander
    845 Third Avenue, 12th Floor
    New York, New York 10022
    (212) 759-4600

    *Counsel for Lead Plaintiff*
    *And the Putative Class*