UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAN MARTÍNEK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:19-cv-08030-KPF |
| | ) | |
| v. | ) | |
| AMTRUST FINANCIAL SERVICES, INC., | ) | |
| BARRY D. ZYSKIND, GEORGE | ) | |
| KARFUNKEL, AND LEAH KARFUNKEL, | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ADAM J. BLANDER IN SUPPORT OF
LEAD PLAINTIFF'S MOTION FOR SPOLIATIONS**

I, Adam J. Blander declare as follows:

1.      I am an attorney duly licensed to practice before the courts of the State of New York and this Court.  I am a partner with the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for Lead Plaintiff Jan Martínek ("Mr. Martínek" or "Plaintiff"), and Lead Counsel for the putative class in the above-captioned action.  I make this declaration in support of Mr. Martínek's Motion for spoliations (the "Motion").

2.      Attached herein as exhibits are true and correct copies of the following documents:

| A | Deposition Transcripts of Chaya Cooperberg, Volumes 1 & 2 (combined) [submitted under seal] |
|---|---|
| B | January 16, 2018 Cooperberg Text Message (AFS_00071216; Deposition Exhibit 127) |
| C | January 16, 2018 Email to Cooperberg (AFS_00014107; Depo. Ex. 21) |
| D | January 16, 2018 Email to Cooperberg (AFS_00014111; Depo. Ex. 22) |
| E | January 18, 2018 Email to Cooperberg (AFS_00086234) [submitted under seal] |
| F | January 18, 2018 Email from Cooperberg (AFS_00014158; Depo. Ex.25) |
| G | September 27, 2018 Email to Cooperberg (AFS_00011024; Depo. Ex. 32) |
| H | September 28, 2018 Email to Cooperberg (AFS_00061505; Depo. Ex. 58) |
| I | October 15, 2018 Email to Cooperberg (AFS_00011525; Depo. Ex. 37) |
| J | November 15, 2018 Email to Cooperberg (AFS_00016849; Depo. Ex. 38) |
| K | November 28, 2018 Email to Cooperberg (AFS_00011841; Depo. Ex. 42) |
| L | December 18, 2018 Email to Cooperberg (AFS_00016912; Depo. Ex. 43) |
| M | December 19, 2018 Email to Cooperberg (AFS_00016913; Depo. Ex. 44) |
| N | January 12, 2019 Email to Cooperberg (AFS_00017232; Depo. Ex. 50) |
| O | January 22, 2019 Email to Cooperberg (AFS_00017175; Depo. Ex. 49) |
| P | January 23, 2019 Email to Cooperberg (AFS_00042002; Depo. Ex. 52) |
| Q | January 24, 2019 Email to Cooperberg (AFS_00012411; Depo. Ex. 54) |
| R | January 28, 2019 Email to Cooperberg (AFS_00066383; Depo. Ex. 59) |
| S | January 28, 2019 Letter to Cooperberg (AFS_00012492; Depo. Ex. 60) |
| T | January 31, 2019 Email to Cooperberg (AFS_00066413; Depo. Ex. 61) |
| U | February 2, 2019 Email to Cooperberg (AFS_00017797; Depo. Ex. 62) |
| V | February 6, 2019 Email to Cooperberg (AFS_00066491; Depo. Ex. 63) |
| W | Litigation Hold Notice (AFS_00071869) |
| X | January 18, 2018 Email from Cooperberg (AFS_00000361; Depo. Ex.26) [submitted under seal] |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 14th day of January, 2022 in New York, New York.

*/s/ Adam J. Blander*

Adam J. Blander

2