# EXHIBIT A
# SEALED

# EXHIBIT B

Sent From: Chaya Cooperberg <REDACTED

Sent To: Adam Karkowsky <REDACTED

Time Stamp: 1/16/2018 11:23:50 AM

Fielding a lot of calls from confused preferred holders

> **Exhibit**
> **0127**

CONFIDENTIAL                                                                AFS_00071216

Sent From: Adam Karkowsky <REDACTED>

Sent To: Chaya Cooperberg <REDACTED>

Time Stamp: 1/29/2019 6:32:48 PM

We should consider need to get a narrative out that the family has never sold a penny of stock, never taken money off the table, owns the preferred, has been very successful in many other business etc.

CONFIDENTIAL

AFS_00071295

# EXHIBIT C

Message
_____

**From:**      Campbell, Christopher [campbellc@kbw.com]
**Sent:**      1/16/2018 10:42:01 AM
**To:**        Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]
**CC:**        Jisoo Suh [Jisoo.Suh@amtrustgroup.com]; Dari Rom [Dari.Rom@amtrustgroup.com]; Shields, Meyer (KBW-Baltimore) [mshields@kbw.com]
**Subject:**   RE: preferred question

Chaya,

Hope you had a great weekend. Few more questions on preferred.

**Exhibit
PL 00021**

1. If common is taken private, will the preferred be delisted?
2. Any concern over preferred dividend  continuity, assuming offer is closed?

Regards,

Chris

On Jan 10, 2018 8:42:17 AM, Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com> wrote:
Hi Chris,

No, this does not affect the status of the preferred shares.

Regards,
Chaya


Chaya Cooperberg
Chief Communications Officer and SVP, Corporate Affairs
AmTrust Financial Services, Inc.
(646) 458-3332 Office
(647) 282-7124 Cell
Email: chaya.cooperberg@amtrustgroup.com
Linkedin: chayacooperberg
Twitter: @chayacoop
www.amtrustfinancial.com


_____

**From:** Campbell, Christopher [mailto:campbellc@kbw.com]
**Sent:** Wednesday, January 10, 2018 8:29 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>; Jisoo Suh <Jisoo.Suh@amtrustgroup.com>; Dari Rom <Dari.Rom@amtrustgroup.com>
**Cc:** Shields, Meyer (KBW-Baltimore) <mshields@kbw.com>
**Subject:** preferred question

Hi.

I had a question on the preferred shares. Does last night's offer trigger a change in control on the preferred?

Thanks!

Chris

**Christopher J. Campbell, CFA**

Assistant Vice President | KBW Equity Research | P&C Insurance

**Direct:** +1.443.224.1363 | **Cell:** +1.347.514.4779 | **Fax:** +1.443.224.1392
**E-mail:** campbellc@KBW.com | www.KBW.com

One South Street | Baltimore, MD 21202

For disclosures pertaining to recommendations or estimates made on a security mentioned in this email and/or its attachment(s), please see the most recently published company report or visit our global disclosures page on our website at http://www.kbw.com/research/disclosures.

Earnings models are the property of KBW and are for the sole use of KBW personnel and approved KBW clients. By opening the earnings model, the recipient agrees not to forward models outside their firm under any circumstances, and agrees to download the model to only one computer and not to download to a network or forward to other personnel within the firm without the express written permission of the covering analyst.

## AOMobile - AmTrust Financial Services, Inc. Download on the App Store℠ | Get it on Google Play™

**- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.**
**- Android is a trademark of Google Inc.**

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.

CONFIDENTIAL

# EXHIBIT D

Message

| | |
|---|---|
| **From**: | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Sent**: | 1/16/2018 10:47:39 AM |
| **To**: | Barry Zyskind [barry.zyskind@amtrustgroup.com]; Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com]; Chris Longo [chris.longo@amtrustgroup.com]; David Saks [David.Saks@amtrustgroup.com]; Mike Saxon [mike.saxon@amtrustgroup.com]; Stephen Ungar [stephen.ungar@amtrustgroup.com]; Jisoo Suh [Jisoo.Suh@amtrustgroup.com]; Hunter Hoffmann [Hunter.Hoffmann@amtrustgroup.com]; Ron Pipoly [ron.pipoly@amtrustgroup.com] |
| **CC**: | Teresa McNamara [Teresa.McNamara@amtrustgroup.com]; Anne Carlton [Anne.Carlton@amtrustgroup.com]; Kristen Fleming [Kristen.Fleming@amtrustgroup.com] |
| **Subject**: | RE: Question |

All – Jisoo spoke with this individual last week regarding the preferreds, when he first emailed. We are not responding to this request for comment for his post.

Regards,
Chaya

**Exhibit PL 00022**

**From:** Mark Gottlieb [mailto:mgconslts@aol.com]
**Sent:** Tuesday, January 16, 2018 10:44 AM
**To:** mgconslts@aol.com; AmTrust Investor Relations <amtrustir@amtrustgroup.com>; ross.lovern@kekst.com; Barry Zyskind <barry.zyskind@amtrustgroup.com>; Adam Karkowsky <Adam.Karkowsky@amtrustgroup.com>; christopher.longo@amtrustgroup.com; Chris Longo <chris.longo@amtrustgroup.com>; ronald.pipoly@amtrust.com; ron.pipoly@amtrust.com; David Saks <David.Saks@amtrustgroup.com>; michael.saxon@amtrustgroup.com; Mike Saxon <mike.saxon@amtrustgroup.com>; Stephen Ungar <stephen.ungar@amtrustgroup.com>; Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>; Jisoo Suh <Jisoo.Suh@amtrustgroup.com>; Hunter Hoffmann <Hunter.Hoffmann@amtrustgroup.com>
**Subject:** Re: Question

Any comments on this article or anything else for my article for SeekingAlpha?

- A
- Larger text sizeA
- Largest text sizeA

# In Buyout, AmTrust Takes Its Problems Private -- Barron's Blog

BY Dow Jones &amp; Company, Inc.
— 11:02 AM ET 01/11/2018

The stock of AmTrust Financial Services (AFSI) jumped 25% today, to close at $12.69, after the insurer's founding family offered to take the company private for $12.25 a share cash. If the deal goes ahead, after review by a board committee and state regulators, AmTrust's disappearance from public markets will end the public trials of a company that once was America's fastest-growing seller of casualty and workers compensation insurance. Given AmTrust's financial struggles, however, insurance regulators will study the deal closely.

Barron's began questioning AmTrust's underwriting and accounting practices several years back (" An Insurer's Feat: Turning Losses Into Gains," Feb. 8, 2014), though management insisted to us its numbers were fine. But last year it restated hundreds of millions of dollars in previously-reported financial results and had to repeatedly boost insurance reserves. Those developments cut two-thirds off AmTrust's stock market value and prompted rating firm A.M.Best to start a review of the insurer.

Further embarrassments followed Wall Street Journal reports that AmTrust was under investigation by U.S. securities regulators. The paper showed that AmTrust retaliated against stock market critics by hiring the Israeli investigative firm Black Cube and the same female operative who'd helped Harvey Weinstein fight allegations of sexual abuse. AmTrust denied investigating its American critics.

The buyout offer comes from members of the Karfunkel family that includes chief executive Barry D. Zyskind, which as a group owns 43% of AmTrust common stock, along with a private equity firm called Stone Point Capital that invests in financial services businesses and is chaired by former New York Fed chairman Stephen Friedman.

CONFIDENTIAL                                                                                      AFS_00014111

"The proposed transaction will provide AmTrust's common shareholders with immediate liquidity and certainty of value at a significant premium to the current share price," said the buyout group in a release," while allowing AmTrust to focus on the long term without the emphasis on short-term results."

Problems that could persist after a buyout include the ongoing review by A.M. Best of AmTrust's credit rating, "with negative implications." The announced buyout deal didn't mention AmTrust's $900 million in non-cumulative preferred stock, whose dividends might be affected. Several related companies of AmTrust will remain publicly-held--most notably Maiden Holding ( MHLD), a reinsurer whose reliance on AmTrust business has become a special risk factor.

Most importantly, state insurance regulators must satisfy themselves that the Karfunkels will be suitable stewards of a privately-backed company. New York and California regulators may be wary after their experience with Tower Group, a troubled insurer they allowed the Karfunkels to take over in 2014. Tower's business got worse under their control, threatening another of the family's property and casualty companies, National General Holdings (NGHC) . In 2016, the Karfunkels and their companies were obliged to inject hundreds of millions of dollars to be released from their Tower commitments. Tower's insolvency could cost state guarantee funds a quarter of a billion dollars.

For the sake of millions of workers covered by AmTrust, let's hope that insurance regulators leave them in good hands.

Correction: This story has been updated to discuss our discussion of the Tower Group's insolvency.

-----Original Message-----
From: Mark Gottlieb <mgconslts@aol.com>
To: ir <ir@amtrustgroup.com>; ross.lovern <ross.lovern@kekst.com>; barry.zyskind <barry.zyskind@amtrustgroup.com>; adam.karkowsky <adam.karkowsky@amtrustgroup.com>; christopher.longo <christopher.longo@amtrustgroup.com>; chris.longo <chris.longo@amtrustgroup.com>; ronald.pipoly <ronald.pipoly@amtrust.com>; ron.pipoly <ron.pipoly@amtrust.com>; david.saks <david.saks@amtrustgroup.com>; michael.saxon <michael.saxon@amtrustgroup.com>; mike.saxon <mike.saxon@amtrustgroup.com>; stephen.ungar <stephen.ungar@amtrustgroup.com>; chaya.cooperberg <chaya.cooperberg@amtrustgroup.com>; jisoo.suh <jisoo.suh@amtrustgroup.com>; Hunter.Hoffmann <Hunter.Hoffmann@amtrustgroup.com>
Sent: Tue, Jan 16, 2018 10:13 am
Subject: Re: Question

If taking Amtrust is such a good deal for Amtrust investors, why is the Amtrust common stock trading above the proposed acquisition price and why is the Amtrust preferred stock which I own a lot of crashing?  AFSI PB down 10% so far today and has been as low as down 15% today.  I haven't seen any announcements from Amtrust to calm the markets.
I suspect it is time for me to write another Amtrust article.  Last one of mine was very positive.  Based on market action and no comments from Amtrust during the current rout, I doubt this will be positive.

https://seekingalpha.com/article/4063477-amtrust-preferred-stock-buy

-----Original Message-----
From: Mark Gottlieb <mgconslts@aol.com>
To: mgconslts <mgconslts@aol.com>; ir <ir@amtrustgroup.com>; ross.lovern <ross.lovern@kekst.com>; barry.zyskind <barry.zyskind@amtrustgroup.com>; adam.karkowsky <adam.karkowsky@amtrustgroup.com>; christopher.longo <christopher.longo@amtrustgroup.com>; chris.longo <chris.longo@amtrustgroup.com>; ronald.pipoly <ronald.pipoly@amtrust.com>; ron.pipoly <ron.pipoly@amtrust.com>; david.saks <david.saks@amtrustgroup.com>; michael.saxon <michael.saxon@amtrustgroup.com>; mike.saxon <mike.saxon@amtrustgroup.com>; stephen.ungar <stephen.ungar@amtrustgroup.com>; chaya.cooperberg <chaya.cooperberg@amtrustgroup.com>; jisoo.suh <jisoo.suh@amtrustgroup.com>; Hunter.Hoffmann <Hunter.Hoffmann@amtrustgroup.com>
Sent: Fri, Jan 12, 2018 2:26 pm
Subject: Question

If Amtrust is taken private as proposed, how will the AFSI preferred stockholders be impacted?  I have been a loyal AFSI preferred shareholder (as well as related companies MHLD and NGHC preferred shareholder) for several years.  They represent an integral part of my family's fixed income portfolio.

Thanks,
Mark Gottlieb
201-807-9091

CONFIDENTIAL

AFS_00014112

# EXHIBIT E
# SEALED

# EXHIBIT F

Message
_____

**From:**   Shields, Meyer [mshields@kbw.com]
**Sent:**   1/18/2018 10:20:10 AM
**To:**     Jisoo Suh [Jisoo.Suh@amtrustgroup.com]; Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]
**CC:**     Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com]
**Subject:** RE: Preferreds, Preferreds, Preferreds

Thanks –

I did see that, but I don't know remotely enough about the world of preferreds to know whether remaining outstanding precludes a delisting, or what circumstances could lead to a suspension of the preferred dividend.

I'm on a train back to Baltimore, and should be at my desk by 1 – what time works best for a call?


**Meyer Shields, FCAS**
Managing Director - Equity Research, Property/Casualty Insurance | **Keefe, Bruyette & Woods, Inc.**
**Direct:** +1.443.224.1331 | **Mobile:** +1.443.221.9122
**E-mail:** mshields@kbw.com | www.kbw.com
·······················································································
One South Street, 16th Floor | Baltimore, MD, 21202
_____

**From:** Jisoo Suh [mailto:Jisoo.Suh@amtrustgroup.com]
**Sent:** Thursday, January 18, 2018 10:15 AM
**To:** Shields, Meyer (KBW-Baltimore); Chaya Cooperberg
**Cc:** Adam Karkowsky
**Subject:** RE: Preferreds, Preferreds, Preferreds

Meyer,

Chaya and I will call you today.

The proposal letter from Stonepoint and the family was filed (its available in the SEC page of our website) and they have stated their proposal contemplates that the outstanding AmTrust preferred stock will remain outstanding.



_____

**From:** Shields, Meyer [mailto:mshields@kbw.com]
**Sent:** Thursday, January 18, 2018 9:44 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>; Jisoo Suh <Jisoo.Suh@amtrustgroup.com>; Adam Karkowsky <Adam.Karkowsky@amtrustgroup.com>
**Subject:** Preferreds, Preferreds, Preferreds

Hi, all.

I was hoping that one of you is available today to discuss the preferred shares – I'm getting a lot of questions from Stifel's retail distribution about their potential de-listing and dividend suspension if and when AmTrust goes private, and I just don't know enough to answer the questions.

Thanks so much –

Meyer

**Exhibit
PL 00025**

                                                      AFS_00014158

**Meyer Shields, FCAS**
Managing Director - Equity Research, Property/Casualty Insurance | **Keefe, Bruyette & Woods, Inc.**
**Direct:** +1.443.224.1331| **Mobile:** +1.443.221.9122
**E-mail:** mshields@kbw.com | www.kbw.com

One South Street, 16th Floor | Baltimore, MD, 21202

**AOMobile - AmTrust Financial Services, Inc. Download on the App Store℠ | Get it on Google Play™**

**- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.**
**- Android is a trademark of Google Inc.**

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.

CONFIDENTIAL

AFS_00014159

# EXHIBIT G

Message

| | |
|---|---|
| **Sent**: | 9/27/2018 4:00:08 PM |
| **To**: | Emanuil Shvarts [emanuil73@gmail.com] |
| **Subject**: | RE: [EXTERNAL] PREFERRED SHARES AFSI-A, AFSI-C |

Dear Mr. Shvarts

**From:** Emanuil Shvarts <emanuil73@gmail.com>
**Sent:** Thursday, September 27, 2018 1:54 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** [EXTERNAL] PREFERRED SHARES AFSI-A, AFSI-C

*Dear Ms Cooperberg:*

*Thank you for the phone conversation we had a week ago, it was helpful.*
*After the conversation, I sent email to Investor Relations, but probably used outdated email address.*

*Now I am re-sending the email using (hopefully) correct address.*

*Thank you for the attention to that matter -*

*Emanuil Shvarts*
*emanuil73@gmail.com*


**Dear Ms Cooperberg:**

**A week ago I talked by phone with you about changes in Preferred shares "A" and "C" status after AFSI goes private. You assured me the preferred shares will not be delisted, and dividends will be paid, according existing documents (although series A and C are non-cumulative)**

**But the situation is strange - the price of preferred shares continue to drop pretty fast, sometimes 3-4% per day. Today series A and C (which I owe) cost $15 -$17.**
**Also trading volume increased noticeably.**

**Such a drop 50% below nominal $25 value is very unusual for the listed Preferred shares for company in good financial standing. I am trading Preferred shares for many years, and NEVER saw such a situation.**
**Your clients - retail investors  - are loosing millions of dollars.**
**It can be result of speculations, or some leaked negative information, or some intentionally distributed disinformation.**

**If this is correct, it's probably your obligation - and to the best interest of your Company and your investors - to confront speculations and provide clear picture.**

**Can you please put on the web a simple and clear statement about Preferred shares status after acquisition? Probably it stated already in existing documents - but I didn't find it (and many your investors too, obviously)**

**Thank you very much -**

**Emanuil**

Emanuil Shvarts
emanuil73@gmail.com

<div style="text-align:right">

**Exhibit**
**PL 00032**

</div>

   AFS_00011024

# EXHIBIT H

Message
_____

| | |
|---|---|
| **From**: | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Sent**: | 9/28/2018 5:26:58 PM |
| **To**: | Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com] |
| **Subject**: | FW: Questions regarding AmTrust preferred stocks and the going private transaction |

FYI...examples of pref questions coming in from institutions looking at them for the yield now.

_____

**From:** Tracy Lavery <tlavery@Roycefunds.com>
**Sent:** Friday, September 28, 2018 5:25 PM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** [EXTERNAL] Questions regarding AmTrust preferred stocks and the going private transaction

Chaya,

I am interested in AmTrust preferred stocks as a potential investment and have some questions that relate to the rights and protections that preferred stockholders will have after AmTrust goes private. This email is a follow up to a message I left with an assistant in your office yesterday. Here we go.

- Will the preferred stocks continue to be registered with the SEC, and publicly traded?
- Will AmTrust continue to file quarterly financial statements with the SEC, so preferred stockholders can be timely informed about the company's financial condition?
- When will AmTrust disclose its pro forma or actual capital structure which gives effect to the going private transaction?
- The Form 8-K for the going private transaction says in Section 2.05 [c] "Each share of Preferred Stock shall remain outstanding in accordance with its terms." This is fine, but will the company's bylaws be changed to (a) allow any classes of stock that are senior to the existing Preferred Stock, or (b) to impair rights or protections of the existing Preferred Stock?
- Post-going private, if dividends on any existing preferred shares are in arrears will dividends be permitted on any other class of capital stock?
- Will AmTrust's owners be permitted to receive any dividends, if dividends on any existing preferred shares are in arrears?
- If the preferred dividends are in arrears, will Amtrust's owners be permitted to receive cash payments in the form of dividends or return of capital, from any source including debt financing in a so-called "dividend recap deal?"

I look forward to answers to these questions, in a phone call or by email or otherwise. If I should communicate with AmTrust's legal counsel or someone else on this topic, please let me know. AmTrust has over $900 million of preferred stock outstanding.

Thank you.

Tracy Lavery


F. Tracy Lavery
Senior Advisor
Royce Family Investments, LLC
8 Sound Shore Drive
Greenwich, CT 06830
tlavery@roycenet.com
203-869-3541 (office)
203-253-0969 (cell)

**Exhibit
PL0058**

AFS_00061505

NOTICE TO RECIPIENT: This e-mail is meant only for the intended recipient(s) of the transmission, and contains confidential information which is proprietary to Royce & Associates, LP ("R&A"). Any unauthorized use, copying, distribution, or dissemination is strictly prohibited. All rights to this information are reserved by Royce & Associates, LP. If you are not the intended recipient, please contact the sender by reply e-mail and please delete this e-mail from your system and destroy any copies. Any personal data included in e-mails to and from this address will be captured, retained and used by R&A for contact purposes, in accordance with Royce's privacy policy at: https://www.roycefunds.com/policies/#privacy-policy

Individuals located in the EU have several rights which they may exercise concerning their personal data collected by R&A, namely: the right of access to the data; the right to amend and rectify any inaccuracies in the data; the right to erase the data; the right to portability of the data; and the rights to object to and request the restriction of the processing of the data. To request to exercise these rights, please contact R&A at 745 Fifth Avenue, New York, NY 10151, or 800-221-4268.

CONFIDENTIAL

AFS_00061506

# EXHIBIT I

Message

**From:**        Chaya.Cooperberg@amtrustgroup.com [Chaya.Cooperberg@amtrustgroup.com]
**Sent:**        10/15/2018 6:09:38 PM
**To:**          Tina Kerins [Tina.Kerins@amtrustgroup.com]
**Subject:**     Re: IR Quick Question

So that's the tricky question, since we haven't disclosed specifically that they will remain traded on the NYSE (common stock trades on NASDAQ), so I just say that the last available public disclosure is that we expect the dividend policy to be maintained.

Chaya Cooperberg
Chief Communications Officer
EVP, Corporate Affairs
AmTrust Financial Services, Inc.
(646) 458-3332 Office
(647) 282-7124 Cell
chaya.cooperberg@amtrustgroup.com
www.amtrustfinancial.com

On Oct 15, 2018, at 5:44 PM, Tina Kerins <Tina.Kerins@amtrustgroup.com> wrote:

Great.  Thank you.

Lastly I know the preferred shares will remain outstanding but will they continue to be traded on Nasdaq?

I was able to call back everyone on the list today. More than half I was able to speak to and the rest I left a voicemail.

Going forward should I look at Kristen's daily call list and just add preferred share calls to my running list or is someone responsible for distributing the specific lists?

Thanks!

On Oct 15, 2018, at 16:34, Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com> wrote:

Tina,

Sorry for the delay – here are some points:

-        <!--[if !supportLists]--><!--[endif]-->Regarding the notes, attached is our 10-K – the disclosure around the 5.5% and 2.75% notes begins on page 170 of the PDF. Once AFSI common shares are delisted, that does represent a fundamental change under the indenture terms. We can talk through what that could potentially mean and when (i.e. when bondholders can put or AmTrust can redeem), but point holders to the disclosure for now and confirm that it constitutes a fundamental change under the definition. The answer to how the notes would be treated is that they would remain subject to the terms of the indenture agreements.
-        <!--[if !supportLists]--><!--[endif]-->The company is not obligated to pay the preferred dividends under the terms, but the last available public disclosure is that the acquiring Family and company remain committed to the dividend policy.

Regards,
Chaya

**Exhibit PL 00037**

**From:** Tina Kerins
**Sent:** Monday, October 15, 2018 1:41 PM

**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** RE: IR Quick Question

Hi Chaya,
Apologies for the follow up email.  I just finished all of the calls either by talking to the person or leaving a message for them to call me back.

I have the following 3 quick questions I was hoping you could help answer:
- <!--[if !supportLists]--><!--[endif]-->Can the company decide at any time to stop paying dividends on the preferred or do certain barriers have to be met?
- <!--[if !supportLists]--><!--[endif]-->We understand the preferred shares will remain outstanding but will they still be exchanged through NASDAQ?
- <!--[if !supportLists]--><!--[endif]-->How will the notes be treated once the company goes private?

Thanks for your help and I will send around the list with all closed calls at the end of the day.

Regards,
Tina

---

**From:** Tina Kerins
**Sent:** Monday, October 15, 2018 10:48 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** IR Quick Question

Hi Chaya,
I was talking to one of the investors who held both preferred stock as well as some notes.  We discussed how the preferred stock remains outstanding but she wanted to know if the notes would be affected at all.

Let me know if you have a quick second on the best way to respond to that question.

Thanks
Tina

Tina Kerins
VP Strategic Development, M&A
AmTrust Financial Services, Inc.
233 N. Michigan Avenue
Chicago, Illinois 60601
312.348.7962 office
Tina.Kerins@amtrustgroup.com
www.amtrustgroup.com



<AFSI 2017 10K FINAL.pdf>

CONFIDENTIAL                                                                                       AFS_00011526

# EXHIBIT J

Message

| | |
|---|---|
| **From**: | Emanuil Shvarts [emanuil73@gmail.com] |
| **Sent**: | 11/15/2018 1:38:02 AM |
| **To**: | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Subject**: | [EXTERNAL] AFSI PREFERRED SHARES |

Dear Ms Cooperberg:

I have in my portfolio AFSI preferred shares series A and C.

There is no official information on your website about Preferred shares after the privatization.
You told me by phone that they will not be delisted, and dividend will not be discontinued.

But absence of official information about privatization details (which is, I believe, your direct responsibility) creates UNCERTAINTY and, as a result, investors are loosing big:

- the price of preferred shares continue dropping, reached $15 - $16. This is unprecedented for the company in good financial standing
- more, today huge number of options (Calls and Puts with $15 strike) were traded. Trading them doesn't have sense at all if your website information is full and correct, and suggests probably leaking substantial information about common shares, unknown to the retail investors.

I ask you please to provide urgent, clear and full information, to exclude speculations and losses for regular shareholders.

With respect -

Emanuil Shvarts
emanuil73@gmail.com
760-271-0044

**Exhibit
PL 00038**

CONFIDENTIAL                                                                                     AFS_00016849

# EXHIBIT K

Message
_____

**From**:      Bill Karsh [bill@otcmarkets.com]
**Sent**:      12/17/2018 9:19:58 AM
**To**:        Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]
**Subject**:   [EXTERNAL] RE: I own AmTrust preferred C what happens to these shares after the delisting on NASDAQ?

Chava,

Thank you for your response. I understand the go private transaction and I read the management statement regarding their desire to protect the dividends on the preferred. I am in the industry and know you can't comment on how poorly the preferred trade. In a world starved for riskless returns a 13% yield should be attracting more attention. Do you talk to investors about investing in the preferred? What are your preferred  rated? I wish you and the company all my best. Happy holiday and a prosperous 2019.

Kind regards,

Bill Karsh

**From:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Sent:** Sunday, December 16, 2018 9:57 PM
**To:** Bill Karsh <bill@otcmarkets.com>
**Subject:** [EXT] RE: I own AmTrust preferred C what happens to these shares after the delisting on NASDAQ?

Mr. Karsh,

The merger transaction related only to the common stock of AmTrust. The preferred shares remain outstanding and we have demonstrated our commitment to the dividend policy.

Regards,
Chaya


Chaya Cooperberg
Chief Communications Officer and SVP, Corporate Affairs
AmTrust Financial Services, Inc.
(646) 458-3332 Office
(647) 282-7124 Cell
Email: chaya.cooperberg@amtrustgroup.com
Linkedin: chayacooperberg
Twitter: @chayacoop
www.amtrustgroup.com



**From:** Bill Karsh <bill@otcmarkets.com>
**Sent:** Wednesday, November 28, 2018 9:56 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** [EXTERNAL] I own AmTrust preferred C what happens to these shares after the delisting on NASDAQ?



Bill Karsh
V.P. Enterprise Sales
OTC Markets Group, Inc.

> **Exhibit**
> **PL 00042**

CONFIDENTIAL                                                                AFS_00011841

304 Hudson Street
NY, NY 10013
T +1(212) 220-2202 | M +1 (201) 725-6504

Bill@otcmarkets.com

Website: http://www.otcmarkets.com/home
Twitter: https://twitter.com/OTCMarkets
Facebook: https://www.facebook.com/OTCMarkets
LinkedIn: https://www.linkedin.com/company/otc-markets-group

This e-mail (including any attachments) is confidential and may contain sensitive or legally privileged information. It is for the intended recipient only. Do not, directly or indirectly, copy, reproduce, print or disclose any part of this e-mail without the prior written consent of OTC Markets Group Inc. If you receive this message in error, please delete it and any attachments, and notify OTC Markets Group of misdelivery by return e-mail.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

**AOMobile - AmTrust Financial Services, Inc.** Download on the App Store℠ | Get it on Google Play™

- **Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.**
- **Android is a trademark of Google Inc.**

**Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.**

This e-mail (including any attachments) is confidential and may contain sensitive or legally privileged information. It is for the intended recipient only. Do not, directly or indirectly, copy, reproduce, print or disclose any part of this e-mail without the prior written consent of OTC Markets Group Inc. If you receive this message in error, please delete it and any attachments, and notify OTC Markets Group of misdelivery by return e-mail.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

CONFIDENTIAL

AFS_00011842

# EXHIBIT L

**Message**

| | |
|---|---|
| **From**: | Douglas Smith [dougsmith@usplacement.us] |
| **Sent**: | 12/18/2018 12:14:28 PM |
| **To**: | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Subject**: | [EXTERNAL] Amtrust Financial Services (AFSI) Preferred Stockholders |

Congratuations on going private on your common shares.

I'm emailing as a significant preferred stockholder to get your guidance on your plans for the preferreds.   They have taken quite the hit since you went private on speculation that you will not pay dividends, delist them, or not redeem them upon their call date.  Preferred stock holders are supposed to be treated better than common and I feel like just the opposite has occurred.   Your silence regarding this particular part of your company has been very damaging to us who have supported AmTrust over the years.   Maybe that's intentional, but I can tell you the unrest may cause you more problems if you don't address them now.

I would appreciate anything you can share at this time.


Sincerely,


Douglas Smith

847-382-3942




Scanned by <u>McAfee All Access - Total Protection</u>™ and confirmed virus-free.


**Exhibit**
**PL 00043**

Case 1:19-cv-08030-KPF    Document 78-1    Filed 01/14/22    Page 30 of 64

# EXHIBIT M

Message

| | |
|---|---|
| **From**: | Kirschner, Gerald [Gerald.Kirschner@ampf.com] |
| **Sent**: | 12/19/2018 3:45:43 PM |
| **To**: | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Subject**: | [EXTERNAL] Preferred Stock question |

**Flag**:    Follow up

Hi – I have a quick question for you...  I understand that Amtrust Preferred Stock will be having a delisting.  Is this accurate?  If yes, do you know when this is scheduled for?  Additionally, can you shed any light on the recent weakness in share price?

Many thanks in advance,
Gerald Kirschner

************************************************************************* "This message and any attachments are solely for the intended recipient and may contain confidential or privileged information. If you are not the intended recipient, any disclosure, copying, use, or distribution of the information included in this message and any attachments is prohibited. If you have received this communication in error, please notify us by reply e-mail and immediately and permanently delete this message and any attachments. Thank you."
*************************************************************************

**Exhibit**
**PL 00044**

CONFIDENTIAL

AFS_00016913

# EXHIBIT N

Message

| | |
|---|---|
| **From:** | Mark Gottlieb [mgconslts@aol.com] |
| **Sent:** | 1/23/2019 7:23:48 AM |
| **To:** | AmTrust Investor Relations [amtrustir@amtrustgroup.com]; ross.lovern@kekst.com; Barry Zyskind [barry.zyskind@amtrustgroup.com]; Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com]; christopher.longo@amtrustgroup.com; Chris Longo [chris.longo@amtrustgroup.com]; ronald.pipoly@amtrust.com; ron.pipoly@amtrust.com; David Saks [David.Saks@amtrustgroup.com]; michael.saxon@amtrustgroup.com; Mike Saxon [mike.saxon@amtrustgroup.com]; Stephen Ungar [stephen.ungar@amtrustgroup.com]; Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]; jisoo.suh@amtrustgroup.com; Hunter Hoffmann [Hunter.Hoffmann@amtrustgroup.com]; Karfunkel-SVC@sardverb.com; George.karfunkel@amtrustgroup.com; cdavis@stonepoint.com; rgoldman@stonepoint.com; dwermuth@stonepoint.com; jgiammarco@stonepoint.com |
| **Subject:** | [EXTERNAL] Re: Question |

I noticed this was removed from your website now that you have delisted and deregistered your preferred shares.
A: The shares of common stock of the Company are currently registered under the Exchange Act, and such shares are quoted on the NASDAQ Stock Market under the symbol "AFSI." As a result of the merger, all of the shares of common stock of the Company will cease to be publicly traded and will be owned by Parent. Following the consummation of the merger, the registration of the shares of common stock of the Company and our reporting obligations with respect to such shares under the Exchange Act will be terminated upon application to the SEC. In addition, upon the consummation of the merger, such shares will no longer be listed on any stock exchange or quotation system, including on the NASDAQ Stock Market. **However, each outstanding share of preferred stock of the Company will remain outstanding and will continue to be listed on the New York Stock Exchange following the merger and the reporting obligations with respect to such shares under the Exchange Act will therefore continue.**

-----Original Message-----
From: Mark Gottlieb <mgconslts@aol.com>
To: ir <ir@amtrustgroup.com>; ross.lovern <ross.lovern@kekst.com>; barry.zyskind <barry.zyskind@amtrustgroup.com>; adam.karkowsky <adam.karkowsky@amtrustgroup.com>; christopher.longo <christopher.longo@amtrustgroup.com>; chris.longo <chris.longo@amtrustgroup.com>; ronald.pipoly <ronald.pipoly@amtrust.com>; ron.pipoly <ron.pipoly@amtrust.com>; david.saks <david.saks@amtrustgroup.com>; michael.saxon <michael.saxon@amtrustgroup.com>; mike.saxon <mike.saxon@amtrustgroup.com>; stephen.ungar <stephen.ungar@amtrustgroup.com>; chaya.cooperberg <chaya.cooperberg@amtrustgroup.com>; jisoo.suh <jisoo.suh@amtrustgroup.com>; Hunter.Hoffmann <Hunter.Hoffmann@amtrustgroup.com>; Karfunkel-SVC <Karfunkel-SVC@sardverb.com>; George.karfunkel <George.karfunkel@amtrustgroup.com>; cdavis <cdavis@stonepoint.com>; rgoldman <rgoldman@stonepoint.com>; dwermuth <dwermuth@stonepoint.com>; jgiammarco <jgiammarco@stonepoint.com>
Sent: Tue, Jan 22, 2019 9:16 pm
Subject: Re: Question

I spoke with an acquaintance of mine who is a partner of a major law firm in NYC. He said deregistration is why the Amtrust pfd shares took such a big hit today. He said deregistration is far worse than delisting. On behalf of me and all the other Amtrust shareholders, Amtrust preferred shares should at least have an OTCQX trading.

From your release today at :
https://globenewswire.com/news-release/2019/01/18/1702577/0/en/AmTrust-to-Voluntarily-Delist-and-Deregister-All-Series-of-Preferred-Stock-and-Subordinated-Notes.html

AmTrust's decision to delist and deregister the Listed Securities was based on its determination that the administrative costs and burdens associated with maintaining the listings on the NYSE and the registration exceed the benefits given the small number of record holders and low daily trading volume.

I see in your release that saving money was a reason behind the delisting. You still save perhaps 80% of the money with OTCQX vs. a NYSE listing and will keep the periodic reporting requirements. This is a reasonable request. It should help the Amtrust pfd shares in their trading. You save money which is balanced with your fiduciary responsibility. It is balancing delisting and deregistration with what is in the best interest of the Amtrust preferred shareholders. We preferred shareholders would get ongoing information so we don't fly blind. I'd like to discuss on the phone or at the Amtrust NYC headquarters.

**Exhibit PL 00050**

CONFIDENTIAL

AFS_00017232

Mark Gottlieb
201-807-9091

-----Original Message-----
From: Mark Gottlieb <mgconslts@aol.com>
To: ir <ir@amtrustgroup.com>; ross.lovern <ross.lovern@kekst.com>; barry.zyskind <barry.zyskind@amtrustgroup.com>; adam.karkowsky <adam.karkowsky@amtrustgroup.com>; christopher.longo <christopher.longo@amtrustgroup.com>; chris.longo <chris.longo@amtrustgroup.com>; ronald.pipoly <ronald.pipoly@amtrust.com>; ron.pipoly <ron.pipoly@amtrust.com>; david.saks <david.saks@amtrustgroup.com>; michael.saxon <michael.saxon@amtrustgroup.com>; mike.saxon <mike.saxon@amtrustgroup.com>; stephen.ungar <stephen.ungar@amtrustgroup.com>; chaya.cooperberg <chaya.cooperberg@amtrustgroup.com>; jisoo.suh <jisoo.suh@amtrustgroup.com>; Hunter.Hoffmann <Hunter.Hoffmann@amtrustgroup.com>; Karfunkel-SVC <Karfunkel-SVC@sardverb.com>; George.karfunkel <George.karfunkel@amtrustgroup.com>
Sent: Tue, Jan 22, 2019 8:05 pm
Subject: Re: Question

Dear Chaya and Hunter,

See page 5 of your GoingPrivatePresentation.

Going Dark vs. Going Private
Going Dark •Issuer does not acquire all of the outstanding stock • Does not involve the cash out of all or almost all of a Company's shares • Issuer with less than 300 record holders (or less than 500 if assets are < $10 million) voluntarily ceases to be a reporting company; or • Issuer delists shares from exchange (not applicable to OTCBB companies) • Issuer deregisters its shares with the SEC

http://www.egsllp.com/GoingPrivatePresentation-FINAL.pdf

Amtrust pfd shares down 37 to 40% today on 40 times the usual volume on the announcement of delisting Amtrust pfd shares.  Clearly Amtrust has more than 300 record holders of its preferred shares with about 2 million shares traded today.  I own the preferred shares and have taken a big hit on them.  Since I can't get an explanation from either of you re what is going on and things haven't been clarified in the media to stop the crash in the preferred stocks, I likely will be spreading the word tomorrow on this with my business media contacts such as those on the attachment, regulators, etc. if I can't get a valid explanation for what happened with the Amtrust pfd shares delisting and the plunge in these shares today.  I also want an explanation on how in a prior communications, Amtrust gave indications its pfd shares would remain on the NYSE.

Mark Gottlieb
201-807-9091

| AmTrust Financial Services 7.5% Sub. Notes 111555 | AFST | 22.01 | 22.01 | 15.01 | 15.15 | -7.35 | -32.67 | 254,259 | 26.00 | 15.01 | 1.88 | 12.38 | -23.33 |
| AmTrust Financial Services 6.75% pfd. Series A | AFSI.PA | 13.98 | 13.98 | 7.81 | 8.88 | -5.25 | -37.15 | 156,194 | 19.99 | 7.81 | 1.69 | 19.00 | -26.61 |
| AmTrust Financial Services 7.25% Sub. Notes 2055 | AFSS | 21.91 | 21.95 | 14.05 | 14.08 | -8.27 | -37.00 | 353,670 | 25.00 | 14.05 | 1.81 | 12.87 | -24.75 |

CONFIDENTIAL

| | Symbol | Open | High | Low | Close | Net Chg | %Chg | Vol | 52 Week High | 52 Week Low | Div | Yield | YTD %Chg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AmTrust Financial Services Dep. pfd. (Rep. 1/40th 7.25% Non-Cum. pfd. Series B) | AFSI.PB | 14.45 | 14.45 | 9.30 | 9.30 | -5.41 | -36.80 | 154,006 | 20.68 | 9.30 | 1.81 | 19.50 | -23.49 |
| AmTrust Financial Services Dep. pfd. (Rep. 1/40th 7.625% Non-Cum. pfd. Series C) | AFSI.PC | 15.47 | 15.91 | 9.50 | 9.50 | -6.46 | -40.48 | 363,649 | 21.38 | 9.50 | 1.91 | 20.07 | -25.78 |
| AmTrust Financial Services Dep. pfd. (Rep. 1/40th Non-Cum. pfd. Series E) | AFSI.PE | 15.75 | 15.75 | 9.81 | 9.85 | -6.17 | -38.51 | 291,346 | 23.45 | 9.81 | 1.94 | 19.67 | -23.41 |
| AmTrust Financial Services Dep pfd. (Rep. 1/40th Non-Cum pfd. Series F) | AFSI.PF | 14.09 | 14.09 | 8.94 | 8.94 | -5.24 | -36.95 | 403,085 | 20.14 | 8.94 | 1.74 | 19.44 | -26.66 |
| AmTrust Financial Services Dep. pfd. (Rep. 1/40th pfd. Series D) | AFSI.PD | 14.90 | 14.90 | 9.61 | 9.62 | -5.35 | -35.74 | 199,097 | 22.07 | 9.61 | 1.88 | 19.49 | -24.13 |
| Annaly Capital Management 6.5% Conv. pfd. | | | | | | | | | | | | | |

-----Original Message-----
From: Mark Gottlieb <mgconslts@aol.com>
To: ir <ir@amtrustgroup.com>; ross.lovern <ross.lovern@kekst.com>; barry.zyskind <barry.zyskind@amtrustgroup.com>; adam.karkowsky <adam.karkowsky@amtrustgroup.com>; christopher.longo <christopher.longo@amtrustgroup.com>; chris.longo <chris.longo@amtrustgroup.com>; ronald.pipoly <ronald.pipoly@amtrust.com>; ron.pipoly <ron.pipoly@amtrust.com>; david.saks <david.saks@amtrustgroup.com>; michael.saxon <michael.saxon@amtrustgroup.com>; mike.saxon <mike.saxon@amtrustgroup.com>; stephen.ungar <stephen.ungar@amtrustgroup.com>; chaya.cooperberg <chaya.cooperberg@amtrustgroup.com>; jisoo.suh <jisoo.suh@amtrustgroup.com>; Hunter.Hoffmann <Hunter.Hoffmann@amtrustgroup.com>

CONFIDENTIAL

AFS_00017234

Sent: Tue, Jan 16, 2018 10:13 am
Subject: Re: Question

If taking Amtrust is such a good deal for Amtrust investors, why is the Amtrust common stock trading above the proposed acquisition price and why is the Amtrust preferred stock which I own a lot of crashing?  AFSI PB down 10% so far today and has been as low as down 15% today.  I haven't seen any announcements from Amtrust to calm the markets.
I suspect it is time for me to write another Amtrust article.  Last one of mine was very positive.  Based on market action and no comments from Amtrust during the current rout, I doubt this will be positive.

https://seekingalpha.com/article/4063477-amtrust-preferred-stock-buy

-----Original Message-----
From: Mark Gottlieb <mgconslts@aol.com>
To: mgconslts <mgconslts@aol.com>; ir <ir@amtrustgroup.com>; ross.lovern <ross.lovern@kekst.com>; barry.zyskind <barry.zyskind@amtrustgroup.com>; adam.karkowsky <adam.karkowsky@amtrustgroup.com>; christopher.longo <christopher.longo@amtrustgroup.com>; chris.longo <chris.longo@amtrustgroup.com>; ronald.pipoly <ronald.pipoly@amtrust.com>; ron.pipoly <ron.pipoly@amtrust.com>; david.saks <david.saks@amtrustgroup.com>; michael.saxon <michael.saxon@amtrustgroup.com>; mike.saxon <mike.saxon@amtrustgroup.com>; stephen.ungar <stephen.ungar@amtrustgroup.com>; chaya.cooperberg <chaya.cooperberg@amtrustgroup.com>; jisoo.suh <jisoo.suh@amtrustgroup.com>; Hunter.Hoffmann <Hunter.Hoffmann@amtrustgroup.com>
Sent: Fri, Jan 12, 2018 2:26 pm
Subject: Question

If Amtrust is taken private as proposed, how will the AFSI preferred stockholders be impacted?  I have been a loyal AFSI preferred shareholder (as well as related companies MHLD and NGHC preferred shareholder) for several years.  They represent an integral part of my family's fixed income portfolio.

Thanks,
Mark Gottlieb
201-807-9091

CONFIDENTIAL

AFS_00017235

# EXHIBIT O

Message

| | |
|---|---|
| **From**: | Chaya.Cooperberg@amtrustgroup.com [Chaya.Cooperberg@amtrustgroup.com] |
| **Sent**: | 1/22/2019 2:05:54 PM |
| **To**: | Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com] |
| **Subject**: | Fwd: [EXTERNAL] AM Trust Preferred's |

FYI - an example of today's reaction.

**Chaya Cooperberg**
Chief Human Resources Officer
AmTrust Financial Services, Inc.
(646) 458-3332 Office
(647) 282-7124 Cell
chaya.cooperberg@amtrustgroup.com
www.amtrustfinancial.com

Begin forwarded message:

**From:** Scott Carmack <scott@holbrookholdings.com>
**Date:** January 22, 2019 at 12:52:16 PM CST
**To:** "chaya.cooperberg@amtrustgroup.com" <chaya.cooperberg@amtrustgroup.com>
**Subject: [EXTERNAL] AM Trust Preferred's**

I just want to write you and management a quick note.  There was a press release saying these would stay listed, and then a month later management decides to delist for cost purposes.  Let's call a spade a spade.  I have no doubt you are sitting on the bid right now soaking up your preferreds at 40 cents on the dollar from scared retail investors that don't know if they will ever be able to trade out of the position.  Moreover, I am sure that was always the plan.

I hope investors remember this when Stone Point and management try to cash out.

Scott Carmack
Holbrook Holdings
Founder, CEO, Portfolio Manager
503-719-7723 (w)
917-703-0029 (m)
www.holbrookholdings.com



 **Follow us on Twitter**

**Exhibit
PL 00049**

AFS_00017175

# EXHIBIT P

Message
_____

| | |
|---|---|
| **From**: | David.Saks@amtrustgroup.com [David.Saks@amtrustgroup.com] |
| **Sent**: | 1/23/2019 4:10:36 PM |
| **To**: | Catherine Miller [Catherine.Miller@amtrustgroup.com] |
| **CC**: | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Subject**: | Re: [EXTERNAL] RE: question |

```
REDACTED
```

Sent from my iPhone

On Jan 23, 2019, at 3:33 PM, Catherine Miller <Catherine.Miller@amtrustgroup.com> wrote:

# REDACTED

**From:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Sent:** Wednesday, January 23, 2019 2:06 PM
**To:** David Saks <David.Saks@amtrustgroup.com>; Catherine Miller <Catherine.Miller@amtrustgroup.com>
**Subject:** Fwd: [EXTERNAL] RE: question

```
REDACTED
```

## Chaya Cooperberg

Chief Human Resources Officer
AmTrust Financial Services, Inc.
(646) 458-3332 Office
(647) 282-7124 Cell
chaya.cooperberg@amtrustgroup.com
www.amtrustfinancial.com

Begin forwarded message:

**From:** Jan Martínek <jan.martinek@cec-partners.com>
**Date:** January 23, 2019 at 7:59:56 AM PST
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject: [EXTERNAL] RE: question**

Chaya,

One more question. In order to delist the company needs to demonstrate that it has less than 300 shereholders for each class. How was this addressed?

Thank you

Jan

**From:** Jan Martínek [mailto:jan.martinek@cec-partners.com]
**Sent:** Wednesday, January 23, 2019 4:54 PM
**To:** 'chaya.cooperberg@amtrustgroup.com'
**Subject:** question

Chaya,

**Exhibit
PL 00052**

Both the Sprues Point and the proxy statement (see below) indicated that the prefs would continue to be listed. Is this not a breach of those obligations?

Have you been notified of any litigation or SEC investigations?

Thank you

Best

Jan Martinek
Principal

**Central European Capital Partners**
Brehova 6
Prague 1, 110 00
Czech Republic
00420 602 210 220

The information contained in this email transmission is confidential and intended for the named recipient(s) only. If you are not an intended recipient of this email, you must not copy, distribute or take any further action in reliance on it and you should delete it and notify the sender immediately. This email is intended for informational purposes only. It is not intended to create any legal obligations and is without prejudice to the sender.

https://www.stonepoint.com/news/stone-point-capital-the-karfunkel-family-and-the-ceo-to-acquire-amtrust-financial-services-inc

StonePoint Website

Under the terms of the proposed merger, AmTrust common shareholders who are not affiliated with the Karfunkel-Zyskind Family (the "Public Shareholders") will receive $13.50 in cash for each share of AmTrust common stock they hold. This represents a premium of 33% to the Company's unaffected closing common stock price on January 9, 2018, the last trading day before Stone Point and the Karfunkel-Zyskind Family announced their proposal to acquire all of the outstanding common shares of AmTrust that the Karfunkel-Zyskind Family did not already own or control. The Karfunkel-Zyskind Family and certain of its affiliates and related parties will rollover their shares in the Company for interests in Evergreen Parent. Each share of the Company's currently outstanding preferred stock will remain outstanding and it is expected that they will continue to be listed on the New York Stock Exchange following the consummation of the transaction.

AmTrust Financial Services, Inc. (AFSI)FORM PREM14A | Proxy Statement - Merger or Acquistion
Apr. 9, 2018 8:21 AM

Q: What effects will the merger have on AmTrust Financial?

A: The shares of common stock of the Company are currently registered under the Exchange Act, and such shares are quoted on the NASDAQ Stock Market under the symbol "AFSI." As a result of the merger, all of the shares of common stock of the Company will cease to be publicly traded and will be owned by Parent. Following

the consummation of the merger, the registration of the shares of common stock of the Company and our reporting obligations with respect to such shares under the Exchange Act will be terminated upon application to the SEC. In addition, upon the consummation of the merger, such shares will no longer be listed on any stock exchange or quotation system, including on the NASDAQ Stock Market. However, each outstanding share of preferred stock of the Company will remain outstanding and will continue to be listed on the New York Stock Exchange following the merger and the reporting obligations with respect to such shares under the Exchange Act will therefore continue.

# EXHIBIT Q

Message
_____

| | |
|---|---|
| **From:** | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Sent**: | 1/24/2019 4:27:24 PM |
| **To:** | Barry Zyskind [barry.zyskind@amtrustgroup.com]; Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com]; Christopher Foy [Chris.Foy@amtrustgroup.com] |
| **Subject**: | FW: FW: AmTrust - Troubled insurer to delist shares |


Good timing for a call here!

_____

**From:** Sam Zaza <Sam.Zaza@amtrustgroup.com>
**Sent:** Thursday, January 24, 2019 4:17 PM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** FW: FW: AmTrust - Troubled insurer to delist shares

Hi Chaya, any particular approach to answer?

_____

**From:** Steve Rauch <Steve.Rauch@amtrustgroup.com>
**Sent:** Thursday, January 24, 2019 1:07 PM
**To:** Sam Zaza <Sam.Zaza@amtrustgroup.com>
**Subject:** FW: FW: AmTrust - Troubled insurer to delist shares

Sam, I'm not sure how to answer this question......


Steve Rauch
Regional Manager
AmTrust Surety
2591 Dallas Parkway, Suite 105
Frisco, TX 75034
972.870.0400 office
972.870.0401 direct
972.400.8517 mobile
steve.rauch@amtrustgroup.com
www.amtrustsurety.com




_____

**From:** Natalie Koster <Natalie.Koster@amtrustgroup.com>
**Sent:** Thursday, January 24, 2019 3:03 PM
**To:** Jim Bell <Jim.Bell@amtrustgroup.com>; Steve Rauch <Steve.Rauch@amtrustgroup.com>; Steve Jackman <Steve.Jackman@amtrustgroup.com>
**Subject:** Fwd: [EXTERNAL] FW: AmTrust - Troubled insurer to delist shares

Hey all,
Does anyone have any insight into this or how it affects us?
I would like to respond to my agent intelligently.
Thanks
Natalie

Natalie Koster
Underwriting Manager

**Exhibit
PL 00054**

CONFIDENTIAL                                                                                   AFS_00012411

AmTrust Surety
630-302-8622


Begin forwarded message:

**From:** Jacquelyn Norstrom <jnorstrom@alliant.com>
**Date:** January 24, 2019 at 3:59:29 PM EST
**To:** Natalie Koster <Natalie.Koster@amtrustgroup.com>
**Subject: [EXTERNAL] FW: AmTrust - Troubled insurer to delist shares**

Natalie – See below – How does this impact the Surety  T  - Listing  and AM BEST ?

This does not sound favorable.


*Jacqui*
**Jacqui Norstrom**
Sr. Vice President
Surety
Alliant Americas

353 North Clark Street
Chicago, IL 60654

D   312-595-6976
C   708-269-6976
F    312-59-54374
www.alliant.com

CA License No. 0803093



Mesirow Insurance Services, Inc.,
an Alliant-owned company


# Troubled insurer to delist shares

AmTrust Financial has announced its intent to delist its preferred shares from the New York Stock Exchange, as well as to discontinue quarterly and annual securities filings.

The company said in a release that it chose to delist because "the administrative costs and burdens associated with maintaining the listings on the NYSE and the registration exceed the benefits given the small number of record holders and low daily trading volume."

With the announcement of the delisting plan, preferred shares and some AmTrust notes fell 40% in value, Barron's reported. The decision to delist comes as AmTrust recently saw a management-led buyout of common stockholders.

AmTrust was one of America's fastest-growing insurers. Shares in the company started from a lowly $4, peaking at about $36 in 2015. However, insurance regulators asked the company to hire new auditors in 2016 – which led to the discovery of $310 million in previously-overstated profits. AmTrust was forced to restate its financial reports for the past five years following the reveal.

CONFIDENTIAL                                                                        AFS_00012412

KPMG – the new auditor selected in 2016 – said that while AmTrust had adequate claim reserves, it found that the insurer had $400 million in "surprise losses."

In filings with the SEC in March 2018, AmTrust admitted that it did not have the records required to accurately calculate its insurance reserves. The insurer reasoned that a $118 million inconsistency in its annual records would be too much work to fix. Later in May, AmTrust publicly disclosed that it had been under investigation by the SEC for five years for the discrepancy – as well as other matters.

***Source***
Insurance business America
by Lyle Adriano 24 Jan 2019

This email and its attachments are for the exclusive use of the intended recipients, and may contain proprietary information and trade secrets of Alliant Insurance Services, Inc. and its subsidiaries. This email may also contain information that is confidential, or otherwise protected from disclosure by contract or law. Any unauthorized use, disclosure, or distribution of this email and its attachments is prohibited. If you are not the intended recipient, let us know by reply email and then destroy all electronic and physical copies of this message and attachments. Nothing in this email or its attachments is intended to be legal, financial, or tax advice, and recipients are advised to consult with their appropriate advisors regarding any legal, financial, or tax implications.

CONFIDENTIAL                                                                      AFS_00012413

# EXHIBIT R

Message
_____

**From:**     benz5735@roadrunner.com [benz5735@roadrunner.com]
**Sent:**     1/28/2019 11:57:39 AM
**To:**       Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]
**Subject:**  [EXTERNAL] prefered stock 7.5%

**Flag:**     Follow up


    I am very concerned about my prd 7.5% preferred my wife and myself each have 800 shares bought 3/12/2015. With the de-listing and current and future value of shares. How will be able to sell our shares? Will AMTRUST buy them?. They are callable. 3/19/2020 will they be called ? My wife and I are both 83 are years old and have cancer and heart problems. The dividends are helping us with are medical cost. Please reply SAP. Preferred where bought thru UBS in Barrington ,IL   Our phone is 859-623-4846 or benz5735@roadrunner.com    Frank Benz

**Exhibit PL0059**

CONFIDENTIAL                                                                    AFS_00066383

# EXHIBIT S

683 Capital Management, LLC
3 Columbus Circle, Suite 2205
New York, NY 10019
(212) 554-2391

January 28, 2019

*Via Email*

AmTrust Financial Services, Inc.
Attn: Chaya Cooperberg, Chief Communications Officer

Dear Ms. Cooperberg,

I am writing on behalf of 683 Capital Partners. We own more than 700,000 preferred shares in AmTrust and more than 100,000 shares of subordinated debt.

As you know, 683 Capital has followed AmTrust for a long time. At various points we have been holders of your convertible bonds and your stock.

We are writing to indicate our profound disappointment in the actions of Amtrust, to delist and deregister AmTrust's preferred shares.

As you are well aware, the preferred shares in AmTrust were mostly sold by retail brokers to individual holders. The total outstanding amount of preferred shares and debt instruments is $1.4 billion. The chances that there are less than 300 underlying holders of any class of these securities is remote.

These holders, many of whom we believe to be retirees, have seen almost a 50% reduction in the tradable value of their securities since AmTrust's announcement that it would deregister and delist them.

On Thursday – following three days of calling your office and asking for a call with someone to understand better the business justification for destroying the tradeable value of these securities and the savings of individuals who trusted based on your disclosures at the time of the merger that you would continue to list and register the securities – I received a call from an individual from an outside service. The individual who called me had a script with answers to three questions and no other ability to speak to anything else. This delegation of communication for AmTrust's actions is a disgraceful abdication of responsibility by your firm and cowardly.

We hereby request a meeting with you, your general counsel, and CEO Barry Zyskind to discuss AmTrust's pathetic actions. You should be aware that 683 Capital intends to protect its rights to the full extent of the law. We hereby reserve all rights and waive none. In doing so, we expect that our actions will also benefit the many individual holders in your company who trusted your Board of Directors to be honorable and now are suffering because of its avarice.

In addition, if this deregistering and delisting actions are a prelude to a coercive tender offer you can pretty much trust that we will move to enjoin it as well as to raise the issue at the SEC of your market manipulation.

Sincerely,

Ari Zweiman

cc: Mitchell Raab, Esq., Olshan Frome Wolosky LLP

**Exhibit
PL0060**

CONFIDENTIAL

# EXHIBIT T

Message

| | |
|---|---|
| **From**: | Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com] |
| **Sent**: | 1/31/2019 10:26:43 AM |
| **To**: | Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com]; David Saks [David.Saks@amtrustgroup.com] |
| **Subject**: | FW: Last week's email. |

Some feedback from a Stifel financial advisor

---

**From:** Kilpatrick, Robert McCord <cord.kilpatrick@stifel.com>
**Sent:** Thursday, January 31, 2019 10:18 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** [EXTERNAL] RE: Last week's email.

Thank you for your response. I'm sure you have had a very interesting year to say the least.

Do you know how fun it is to look at a client and say, sorry about the 70% loss in the your preferred, the company mislead us, **_again_**….

Based off the reaction to the preferreds, the street obviously doesn't believe AmTrust's "intent" to pay dividends.

I think it would show a tremendous amount of goodwill to the holders of the preferreds (including me) if the management and board would make some open market purchases before they delist.

WE DESERVE SOME GOOD NEWS…..


R. McCord "Cord" Kilpatrick
*Vice President/Investments*

(706) 737-0860 main | (888) 268-5412 toll-free
cord.kilpatrick@stifel.com

 | 633 Berckmans Road
Augusta, Georgia 30909

Investment Services Since 1890



---

**From:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Sent:** Thursday, January 31, 2019 7:43 AM
**To:** Kilpatrick, Robert McCord (Augusta) <cord.kilpatrick@stifel.com>
**Subject:** RE: Last week's email.

Mr. Kilpatrick,

Once the securities are delisted, AmTrust will no longer be an SEC filer. These securities remain outstanding obligations of AmTrust and we plan to continue to pay dividends on the preferred shares and interest on the notes.

Regards,
Chaya


Chaya Cooperberg

**Exhibit
PL0061**

CONFIDENTIAL    AFS_00066413

Chief Communications Officer
AmTrust Financial Services, Inc.
(646) 458-3332 Office
(647) 282-7124 Cell
Email: chaya.cooperberg@amtrustgroup.com
Linkedin: chayacooperberg
Twitter: @chayacoop
www.amtrustfinancial.com



**From:** Kilpatrick, Robert McCord <cord.kilpatrick@stifel.com>
**Sent:** Tuesday, January 29, 2019 9:59 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** [EXTERNAL] Last week's email.

Still anxiously awaiting a response….



Tue 1/22/2019 10:12 AM

Kilpatrick, Robert McCord (Augusta)

Preferreds

To    'chaya.cooperberg@amtrustgroup.com'

Retention Policy    30 Days - Sent Items (30 days)                    Expires    2/21/2019

ⓘ This item will expire in 23 days. To keep this item longer apply a different Retention Policy.

Can you please tell me what the de-listing of the preferreds and notes means for shareholder's? I assume that you still have to report earnings, etc. even though you will be traded OTC? This has been a disaster for my clients and myself since I own them as well. I look forward to your prompt response….

**R. McCord "Cord" Kilpatrick**
*Vice President/Investments*

(706) 737-0860 main | (888) 268-5412 toll-free
cord.kilpatrick@stifel.com

STIFEL | 633 Berckmans Road
Augusta, Georgia 30909
Investment Services Since 1890



R. McCord "Cord" Kilpatrick
*Vice President/Investments*

(706) 737-0860 main | (888) 268-5412 toll-free
cord.kilpatrick@stifel.com


633 Berckmans Road
Augusta, Georgia 30909

Investment Services Since 1890



**AOMobile - AmTrust Financial Services, Inc. <u>Download on the App Store</u>℠ | <u>Get it on Google Play</u>™**

- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.
- Android is a trademark of Google Inc.

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.

CONFIDENTIAL

AFS_00066415

# EXHIBIT U

Message
_____

**From:**     Emanuil Shvarts [emanuil73@gmail.com]
**Sent:**     2/1/2019 4:23:44 PM
**To:**       Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]
**Subject:**  [EXTERNAL] preferred shares


Dear Ms Cooperberg:

I believe the main reason for delisting PREFERRED shares is to enrich owners by stealing money from the investors.
They broke the official promise to keep shares listed, they artificially dropped share price TWICE – and now they can, for example, buy back shares for almost nothing.

I am also ASHAMED by their predatory move. My last name sounds very identical to theirs, and I feel like IT'S ME who did steal millions from American investors.

Everybody involved in that dirty scheme will be punished eventually. That's my hope.

Emanuil Shvarts
emanuil73@gmail.com

**Exhibit
PL0062**

CONFIDENTIAL                                                                          AFS_00017797

# EXHIBIT V

Message
_____

**From**:    Hunter Hoffmann [Hunter.Hoffmann@amtrustgroup.com]
**Sent**:    2/6/2019 7:27:04 PM
**To**:    Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]; Barry Zyskind [barry.zyskind@amtrustgroup.com]; Adam Karkowsky [Adam.Karkowsky@amtrustgroup.com]; David Saks [David.Saks@amtrustgroup.com]; Stephen Ungar [stephen.ungar@amtrustgroup.com]; Michael Rasnick [Michael.Rasnick@amtrustgroup.com]
**Subject**:    Re: Updated - Draft Response to WSJ

The article below has been updated with the following paragraph, which is now the second paragraph in the article:

A New York state judge late Wednesday declined KBW's request for an order temporarily halting the delisting, currently scheduled to occur Thursday, an attorney for the brokerage firm said.

On Feb 6, 2019, at 1:56 PM, Hunter Hoffmann <Hunter.Hoffmann@amtrustgroup.com> wrote:

Article just posted, see below:

# Wall Street Underwriter KBW Is Trying to Halt AmTrust's Delisting Plans

Some critics have claimed the delisting is an attempt by AmTrust to rid itself of financial transparency

<image001.jpg>

Thomas Michaud, CEO of Keefe, Bruyette & Woods, in January 2018. KBW said in its legal complaint that it used its reputation in the securities industry to sell the AmTrust issues, and the delisting would significantly damage its reputation. PHOTO: CHRISTOPHER GOODNEY/BLOOMBERG NEWS

0 COMMENTS

*By*
*Mark Maremont and*
*Michael Rapoport*
Feb. 6, 2019 12:45 p.m. ET

Wall Street firm Keefe, Bruyette & Woods Inc. is suing one of its big underwriting clients, AmTrust Financial Services Inc., claiming that AmTrust's plan to delist nearly $1.2 billion of preferred stock and notes would damage KBW's reputation as the issues' underwriter and harm tens of thousands of individual investors.

AmTrust, a property and casualty insurer based in New York, took its common stock private last year through a buyout led in part by its founding shareholders. Last month, it announced it would seek to delist six series of preferred stock and two series of subordinated notes from the New York Stock Exchange, claiming the burdens of the listing exceed the benefits "given the small number of record holders."

**Exhibit
PL0063**

CONFIDENTIAL                                                                    AFS_00066491

AmTrust preferred shares and notes plunged sharply after the insurer announced the planned delisting, leading to outcry from some investors. The "F" series preferred, for example, dropped 37% on Jan. 22, and has recovered only slightly since. KBW said in its lawsuit there were more than 1,300 beneficial owners of that series alone.

AmTrust disclosed last year it had been under Securities and Exchange Commission investigation since 2013 over its accounting practices and other matters, and the company in 2017 restated three years' worth of earnings. AmTrust has denied any wrongdoing and has said short sellers have spread false information about the company.

A delisting would halt the company's obligation to continue disclosing its financial results publicly in SEC filings. Some critics have claimed the delisting is an attempt by AmTrust to rid itself of that financial transparency.

An AmTrust spokeswoman didn't immediately respond to a request for comment.

---

RELATED

- <!--[if !supportLists]--><!--[endif]-->AmTrust Goes Private in $2.95 Billion Cash Deal (June 21, 2018)
- <!--[if !supportLists]--><!--[endif]-->Icahn Sues AmTrust Over Deal to Go Private (May 21, 2018)
- <!--[if !supportLists]--><!--[endif]-->AmTrust Has Been Under an SEC Investigation for Five Years (May 4, 2018)
- <!--[if !supportLists]--><!--[endif]-->Secret Recordings Play Role in SEC Probe of Insurer AmTrust (April 11, 2017)
- <!--[if !supportLists]--><!--[endif]-->AmTrust Revises Earnings From Last Three Years (April 4, 2017)

Under securities rules, the delisting is scheduled to occur Thursday unless it is opposed by the SEC. In its lawsuit in New York Supreme Court, filed Monday, KBW is seeking a preliminary injunction to prevent the delisting while it seeks to enforce what it calls AmTrust's contractual obligation to keep the shares listed. KBW also is asking the SEC to stop the delisting.

AmTrust in a legal response said the matter could only be decided by the SEC and filed to remove the litigation to U.S. District Court in Manhattan. An SEC spokeswoman declined to comment.

KBW had been an underwriter for the AmTrust issues. The firm said AmTrust in the underwriting agreement for the "F" series, issued in 2016, had given a covenant to "maintain the listing of the Securities on the NYSE." KBW also said that AmTrust had consistently represented that the issues would remain listed, including during the transaction when the common shares were acquired and in state regulatory hearings.

AFS_00066492

The eight issues would remain outstanding after the proposed delisting, but KBW said the delisting would remove a liquid trading market and the lack of public filings would deprive holders of material company information.

KBW said in its legal complaint that it used its reputation in the securities industry to sell the AmTrust issues, and the delisting would significantly damage its customer relationships, reputation and goodwill.

*—Dave Michaels contributed to this article.*

Write to Mark Maremont at mark.maremont@wsj.com and Michael Rapoport at Michael.Rapoport@wsj.com


Hunter Hoffmann
VP, Brand & Creative Marketing
AmTrust Financial Services, Inc.
Office – 646.870.1949
Mobile – 646.717.4282
hunter.hoffmann@amtrustgroup.com
www.amtrustfinancial.com

<image002.jpg>

---

**From:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Sent:** Wednesday, February 6, 2019 1:52 PM
**To:** Barry Zyskind <barry.zyskind@amtrustgroup.com>; Adam Karkowsky <Adam.Karkowsky@amtrustgroup.com>; David Saks <David.Saks@amtrustgroup.com>
**Cc:** Hunter Hoffmann <Hunter.Hoffmann@amtrustgroup.com>; Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** Updated - Draft Response to WSJ

# Redacted

---

**From:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Sent:** Wednesday, February 6, 2019 1:29 PM
**To:** Barry Zyskind <barry.zyskind@amtrustgroup.com>; Adam Karkowsky <Adam.Karkowsky@amtrustgroup.com>; David Saks <David.Saks@amtrustgroup.com>
**Cc:** Hunter Hoffmann <Hunter.Hoffmann@amtrustgroup.com>; Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** Draft Response to WSJ

AFS_00066493

# Redacted

**From:** Maremont, Mark <mark.maremont@wsj.com>
**Sent:** Wednesday, February 6, 2019 11:03 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>
**Subject:** [EXTERNAL] KBW lawsuit comment

Chaya -- on deadline for a story about the KBW lawsuit over your delisting. Also, we have heard from AmTrust critics who claim the delisting is an attempt by AmTrust to avoid the transparency of public quarterly filing etc., amid an ongoing SEC investigation. Can you comment on the suit or on the criticism?


--
*Mark Maremont*
*Senior Editor*
*The Wall Street Journal*
*53 State Street, 12th Floor*
*Boston, MA 02109*
*w. +1-617-654-6786*
*m. +1-617-306-0796*

AFS_00066494

# EXHIBIT W
# SEALED

# EXHIBIT X

Message

**Sent**:        1/18/2018 3:18:57 PM

In the offer letter in the 13D filed by the buyer group do not disclose any plans to delist the preferred stock or any material changes to the dividend policy.

Chaya Cooperberg
Chief Communications Officer and SVP, Corporate Affairs
AmTrust Financial Services, Inc.
(646) 458-3332 Office
(647) 282-7124 Cell
Email: chaya.cooperberg@amtrustgroup.com
Linkedin: chayacooperberg
Twitter: @chayacoop
www.amtrustfinancial.com

**Exhibit
PL 00026**

CONFIDENTIAL                                                           AFS_00000361