UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAN MARTÍNEK,

                      Plaintiff,

v.

AMTRUST FINANCIAL SERVICES, INC.,
BARRY D. ZYSKIND, GEORGE KARFUNKEL,
and LEAH KARFUNKEL,

                      Defendants.

No. 19-cv-8030
(Failla, J.)

**DECLARATION OF KEVIN S. REED**

I, KEVIN S. REED, state as follows:

1.      I am a partner of the law firm Quinn Emanuel Urquhart & Sullivan, LLP, counsel for Defendants AmTrust Financial Services, Inc. ("AmTrust"), Barry D. Zyskind, George Karfunkel, and Leah Karfunkel (collectively, "Defendants") in this action.  I am admitted to practice in the United States District Court for the Southern District of New York, and am not a party to this action.

2.      I submit this Declaration in support of AmTrust's Opposition to Plaintiff's Spoliation Motion.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of an October 11, 2021 email from Adam J. Blander, with highlighting added.

4.      Attached hereto as **Exhibit 2** is a true and correct copy of Amendment No. 13 (to Schedule 13D filed on December 7, 2017) dated January 9, 2018 filed by Barry D. Zyskind, George Karfunkel and Leah Karfunkel on January 10, 2018.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the January 21, 2018 email from Barry Zyskind, as produced bearing Bates number BOAS_0002432.

6.      Attached hereto as **Exhibit 4** is a true and correct copy of a January 22, 2018 email from Lisa Grennon, as produced bearing Bates number BOAS_0002442.

7.      On April 9, 2021, Defendants produced the document filed as Ex. X to the Declaration of Adam Blander (email dated January 18, 2018, as produced bearing Bates number AFS_00000361) to Plaintiff's counsel.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 4, 2022, in New York, New York.


_____
Kevin S. Reed