# Exhibit 3

| | |
|---|---|
| **From**: | Barry Zyskind [barry.zyskind@amtrustgroup.com] |
| **Sent**: | 1/21/2018 4:40:47 PM |
| **To**: | Givertz, Adam M [agivertz@paulweiss.com] |
| **CC**: | Hazlett, Ian M [ihazlett@paulweiss.com]; Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]; Robert Giammarco [robert.giammarco@baml.com]; Weissmann, Jeffrey [Jeffrey.Weissmann@ngic.com]; Hazlett, Ian M [ihazlett@paulweiss.com]; Cruikshank, Harrison [hcruikshank@paulweiss.com]; Chaya Cooperberg [Chaya.Cooperberg@amtrustgroup.com]; Robert Giammarco [robert.giammarco@baml.com] |
| **Subject**: | Re: Amendment No. 14 to Schedule 13D |

Let's see why rob thinks.

Thanks,  Barry

On Jan 21, 2018, at 11:38 AM, Barry Zyskind <barry.zyskind@amtrustgroup.com> wrote:

Ok with it.  George is ok as well.  Let's file it ASAP.

Thanks,  Barry

On Jan 21, 2018, at 6:46 AM, Givertz, Adam M <agivertz@paulweiss.com> wrote:

Hi Barry and Jeff,

Stone Point has signed off on the following statement to be included in an amendment to the 13D to be filed tomorrow morning:

"The proposal contemplates that each series of the Issuer's preferred stock will remain outstanding following completion of the proposed transaction in accordance with its terms. In addition, it is the Group's current intention that, following completion of the proposed transaction, each series of the Issuer's preferred stock will continue to be listed on the New York Stock Exchange, the Issuer will continue to file reports with the SEC and the Issuer will continue to pay dividends on each series of preferred stock on a current basis; provided, however, the Issuer reserves its right to take any action with respect to each series of preferred stock that is permitted by the terms of such series of preferred stock."

Attached is a copy of the 13D Amendment in word as well as a signature page for the 13D in pdf for you, George and Leah to sign.

Please let me know if you have any comments. Once you are signed off, we will ask Catherine Miller to arrange for filing first thing tomorrow morning. I will also let Chaya know this is coming.

Thanks,

Adam

**Exhibit PL 0002**

CONFIDENTIAL

**Adam M. Givertz** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
(212) 373-3224 (Direct Phone - New York)
(416) 504-0525 (Direct Phone - Toronto)
(416) 981-7126 (Direct Fax - Toronto)
(416) 294-9355 (Cell)
agivertz@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.

\<Signature Page to Amendendment No. 14 to 13D.pdf\>

\<AmTrust Amendment to SC 13D No. 14 (1-21-2018).DOCX\>

**AOMobile - AmTrust Financial Services, Inc.** Download on the App Store℠ | Get it on Google Play™

**- Apple and the Apple logo are trademarks of Apple Inc., registered in the U.S. and other countries. App Store is a service mark of Apple Inc.**
**- Android is a trademark of Google Inc.**

Confidentiality Notice: This email message is intended only for the individual or entity to which it is addressed. This email may contain information that is proprietary or privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this email by accident, please notify the sender immediately and destroy this email and all copies of it.

CONFIDENTIAL

BOAS_0002433