# Exhibit 4

| | |
|---|---|
| **From:** | Grennon, Lisa - GCM [lisa.grennon@baml.com] |
| **Sent:** | 1/22/2018 12:03:57 PM |
| **To:** | robert.giammarco@baml.com; Giammarco, Robert - GCIB NY [robert.giammarco@baml.com] |
| **Subject:** | RE: Amendment No. 14 to Schedule 13D |

**Exhibit PL 00027**

Rob,

Looking at this I think that should cover it.

The concern from preferred shareholders is there isn't a COC provision in their preferred. I agree that the listing and continued reporting are critical for investors.

That should suffice until the time where they call the securities.

I'm on the desk if you need anything 646-855-6433.

Lisa

**From:** Giammarco, Robert - GCIB NY
**Sent:** Sunday, January 21, 2018 12:06 PM
**To:** Grennon, Lisa - GCM <lisa.grennon@baml.com>
**Subject:** FW: Amendment No. 14 to Schedule 13D

Hi Lisa – Hope you are enjoying the weekend. This relates to Amtrust. Would like to get your thoughts. Can you please call me – 347 449 3614. Thanks, Rob

**From:** Givertz, Adam M [mailto:agivertz@paulweiss.com]
**Sent:** Sunday, January 21, 2018 11:58 AM
**To:** Chaya Cooperberg <Chaya.Cooperberg@amtrustgroup.com>; Giammarco, Robert - GCIB NY <robert.giammarco@baml.com>
**Cc:** Barry Zyskind <barry.zyskind@amtrustgroup.com>; Weissmann, Jeffrey <Jeffrey.Weissmann@ngic.com>; Hazlett, Ian M <ihazlett@paulweiss.com>; Cruikshank, Harrison <hcruikshank@paulweiss.com>
**Subject:** RE: Amendment No. 14 to Schedule 13D

Chaya and Rob,

As you have both advised us that the preferred stockholders have voiced concern regarding uncertainty as to how the proposed transaction will impact the preferred stock, Barry, George and Leah propose to make the clarifying statement below in an amendment to their 13D.

"The proposal contemplates that each series of the Issuer's preferred stock will remain outstanding following completion of the proposed transaction in accordance with its terms. In addition, it is the Group's current intention that, following completion of the proposed transaction, each series of the Issuer's preferred stock will continue to be listed on the New York Stock Exchange, the Issuer will continue to file reports with the SEC and the Issuer will continue to pay

CONFIDENTIAL

BOAS_0002442

dividends on each series of preferred stock on a current basis; provided, however, the Issuer reserves its right to take any action with respect to each series of preferred stock that is permitted by the terms of such series of preferred stock."

We wanted to confirm that you think such a statement will be satisfactory to quell the uncertainty of the preferred stockholders. If you have any suggestions as to further clarifying language, please call me on my cell (number below).

Thanks,

Adam


**Adam M. Givertz** | Partner
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
(212) 373-3224 (Direct Phone - New York)
(416) 504-0525 (Direct Phone - Toronto)
(416) 981-7126 (Direct Fax - Toronto)
(416) 294-9355 (Cell)
agivertz@paulweiss.com | www.paulweiss.com

CONFIDENTIAL

BOAS_0002443