

WOLF
POPPER
LLP

845 Third Avenue
New York, NY 10022
(212) 759-4600

NEW YORK
PUERTO RICO
TEXAS
ILLINOIS
MASSACHUSETTS

wolfpopper.com

DIRECT DIAL: 212 451-9667
EMAIL: ablander@wolfpopper.com

June 23, 2022

**VIA ECF & EMAIL (Failla_NYSDChambers@nysd.uscourts.gov)**

Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

> Re:    *Martínek v. AmTrust Financial Services, Inc.*, 1:19-cv-08030-KPF (S.D.N.Y.)

Dear Judge Failla:

In response to the Court's May 24, 2022 Order (ECF 90) directing the parties to "file a letter proposing a date for the submission of their preliminary approval briefing" by today, the parties advise as follows:

Yesterday, the parties executed a Stipulation and Agreement of Settlement (the "Stipulation," attached hereto), which, if approved, would settle this class action for $13,000,000.00 in cash.

Pursuant to paragraph 2 of the Stipulation, Lead Plaintiff shall file his papers in support of his preliminary approval motion, which Defendants shall not oppose, "[n]o later than twenty-seven (27) calendar days following the date of execution of this Stipulation," which is Tuesday July 19, 2022. The parties propose that the Court set the same date as the deadline for Lead Plaintiff to file his motion papers.

The parties are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,                     Respectfully submitted,

**WOLF POPPER LLP**                          **QUINN EMANUEL URQUHART
                                             & SULLIVAN, LLP**

*/s/ Adam J. Blander*                        */s/ Kevin S. Reed*

*Class Counsel*                              *Counsel to Defendants*

Encl.