UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAN MARTÍNEK, | ) |
| Plaintiff, | ) Case No. 19-cv-8030-KPF |
| v. | ) |
| AMTRUST FINANCIAL SERVICES, INC., BARRY D. ZYSKIND, GEORGE KARFUNKEL, AND LEAH KARFUNKEL, | ) Hon. Katherine Polk Failla |
| Defendants. | ) |

**NOTICE OF LEAD PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND APPROVAL OF NOTICE TO THE CERTIFIED CLASS**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that upon the Stipulation of Settlement dated June 22, 2022 (the "Stipulation"), the accompanying memorandum of law, the accompanying declaration from Adam J. Blander; and all other papers and proceedings herein, Lead Plaintiff and Class Representative Jan Martínek ("Plaintiff") hereby moves this Court, under Rule 23(e) of the Federal Rules of Civil Procedure, for an Order: (i) preliminarily approving the proposed class action settlement embodied in the Stipulation (the "Settlement"); (ii) approving the form, content and manner of providing notice of the Settlement to class members; and; (iii) scheduling a hearing to consider final approval of the Settlement, any application for attorneys' fees, litigation expenses, plaintiff service award, or any other awards occasioned by the Settlement, and any other related matters.

A [Proposed] Order Granting Preliminary Approval Pursuant to Fed. R. Civ. P. 23 and Permitting Notice to the Class is filed herewith.

Plaintiff has met and conferred with Defendants regarding this Motion. Defendants do not oppose it.

Dated: July 14th, 2022                                         Respectfully submitted,

**WOLF POPPER LLP**
By: *Adam J. Blander*
Carl L. Stine
Patricia I. Avery
Adam J. Blander
Radha Raghavan
845 Third Avenue, 12th Floor
New York, New York 10022
(212) 759-4600

*Attorneys for Class Representative Jan Martínek and the Class*