UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| JAN MARTÍNEK, | ) |
| Plaintiff, | ) Case No. 19-cv-8030-KPF |
| v. | ) |
| AMTRUST FINANCIAL SERVICES, INC., BARRY D. ZYSKIND, GEORGE KARFUNKEL, AND LEAH KARFUNKEL, | ) Hon. Katherine Polk Failla |
| Defendants. | ) |

**DECLARATION OF ADAM J. BLANDER
IN SUPPORT OF LEAD PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND APPROVAL OF NOTICE TO THE CERTIFIED CLASS**

I, Adam J. Blander declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a partner with the law firm of Wolf Popper LLP, counsel for Lead Plaintiff and Class Representative Jan Martínek, and Lead Counsel and Class Counsel in this action. I make this declaration in support of Lead Plaintiff's unopposed motion for preliminary approval of a class action settlement and for approval of a class notice plan.

2. Attached herein are true copies of: a Stipulation and Agreement of Settlement dated June 22, 2022 (Ex. A, previously filed at ECF 91-1), and a revised (redline) longform notice, agreed to by the parties (Ex. B).

I declare under penalty of perjury that the foregoing is true to the best of my knowledge.

Executed this 14th day of July, 2022 in New York, New York.

                                          */s/ Adam J. Blander*
                                          Adam J. Blander