UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JAN MARTÍNEK, | ) ) ) | Case No. 19-cv-8030-KPF |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| AMTRUST FINANCIAL SERVICES, INC., BARRY D. ZYSKIND, GEORGE KARFUNKEL, AND LEAH KARFUNKEL, | ) ) ) ) | Hon. Katherine Polk Failla |
| Defendants. | ) ) ) | |

**NOTICE OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, APPROVAL OF PLAN OF ALLOCATION, AND APPROVAL OF REQUESTS FOR ATTORNEYS' FEES, EXPENSES, AND PLAINTIFF SERVICE AWARD**

TO: ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Lead Plaintiff Jan Martínek ("Lead Plaintiff"), on behalf of the Class, by his Lead Counsel, Wolf Popper LLP, will move this Court on November 16, 2022, at 3:00 p.m., before the Honorable Katherine Polk Failla at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, or as soon thereafter as the parties can be heard, for the entry of a Final Judgment and Order, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (i) granting final approval of the proposed settlement between Lead Plaintiff and Defendants AmTrust Financial Services Inc., Barry D. Zyskind, George Karfunkel and Leah Karfunkel as set forth in the Stipulation of Settlement, previously filed with the Court (ECF No. 91-1) (the "Stipulation"); (ii) approving the plan of allocation as reflected in the Stipulation; (iii)

approving Lead Counsel's requests for attorneys' fees, expenses, and a plaintiff service award, and (iv) for such further relief as is just and proper.

In support of this Motion, Lead Plaintiff relies on the Stipulation, a memorandum of law, and declarations from Carl L. Stine, Jack Ewashko, and Jan Martínek (and accompanying exhibits).

A [Proposed] Final Judgment approving the Settlement and Plan of Allocation and a [Proposed] Order Awarding Attorneys' Fees and Expenses to Lead Counsel and a Service Award to Lead Plaintiff is filed herewith.

DATED: October 12, 2022

Respectfully submitted,

**WOLF POPPER LLP**

By: */s/ Carl L. Stine*____

Carl L. Stine
Patricia I. Avery
Adam J. Blander
Radha Raghavan
845 Third Avenue, 12th Floor
New York, New York 10022
(212) 759-4600
cstine@wolfpopper.com

*Attorneys for Class Representative
Jan Martínek and the Class*