**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JAN MARTÍNEK,<br><br>                   Plaintiff,<br><br>  V.<br><br>AMTRUST FINANCIAL SERVICES, INC.,<br>BARRY D. ZYSKIND, GEORGE KARFUNKEL,<br>and LEAH KARFUNKEL,<br><br>                  Defendants. | Case No. 19-cv-8030-KPF<br><br><br>**LEAD PLAINTIFF'S**<br>**UNOPPOSED MOTION FOR**<br>**APPROVAL OF**<br>**DISTRIBUTION PLAN** |

**PLEASE TAKE NOTICE** that Lead Plaintiff Jan Martínek, on behalf of himself and all class members, moves, pursuant to Rule 23 of the Federal Rules of Civil Procedure, to approve the proposed distribution plan to class members; authorize payment to the settlement claims administrator; bar claims related to the administration and distribution process and/or against the net settlement fund; and related relief, as set forth in the Proposed Order submitted herewith (the "Motion").

The Motion is supported by the accompanying memorandum of law and the declaration of Jack Ewashko dated September 18, 2023 and exhibits thereto.

Lead Counsel has conferred with Defendants' counsel, who consent to the Motion.

Dated:  September 18, 2023

Respectfully submitted,

By: */s/ Adam J. Blander*
Carl L. Stine
cstine@wolfpopper.com
Patricia I. Avery
pavery@wolfpopper.com
Adam J. Blander
ablander@wolfpopper.com
Emer C. Burke
eburke@wolfpopper.com

**WOLF POPPER LLP**
845 Third Avenue
New York, NY 10022
Telephone: (212) 759-4600

*Class Counsel and*
*Attorneys for Lead Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2023, a true and correct copy of the foregoing document was served by ECF on all parties.

*/s/ Adam J. Blander*